# Standard Form of Agreement Between Contractor and Subcontractor

**Contract #** **1106**

**Retention Rate:** 10.00 %

**Agreement made as of** **Tuesday, March 26, 2024**

Between the Contractor:

**Ducas Construction Inc.**
**40 Center Street**
**Suite 1**
**Scarborough ME 04074**
**(207)-303-0634**
**Fax:**
License:

and the Subcontractor:

**Titan Mechanical, Inc.**
**232 Riverside Industrial Parkway**
**Portland ME 04103**
**Phone:**
**Fax:**

The Architect for the Project is:

**Tripple C**
**410 Grand Ave**
**Suite 201C**
**Laramie WY 82070**
**Phone:**
**Fax:**

The Contractor has made a contract for construction dated:

**Thursday, February 15, 2024**

with the owner: **U.S. Department of Veterans Affairs**
**6100 Oak Tree Boulevard**
**Suite 490**
**Independence OH 44131**
**Phone:**
**Fax:**

For the following Project:

**Job # 312**
**Togus Residential Rehabilitation**
**6100 Oak Tree Boulevard**
**Suite 490**
**Independence OH 44131**

**The Contractor and the Subcontractor agree as follows:**

## ARTICLE 1 THE SUBCONTRACT DOCUMENTS

1.1 The "Contract Documents" for this Subcontract consist of this Subcontract, the Construction Contract between Contractor and Owner dated **02/15/2024** (the "Construction Contract"), and the documents listed below:
Exhibit B – Contract Document Log

These Contract Documents form the agreement between the Contractor and Subcontractor and are as fully a part of this Subcontract as if attached hereto or repeated herein. Subcontractor acknowledges that Contractor is relying on this Subcontract, the Subcontract Sum, and the Completion Date.

## ARTICLE 2 TIME OF COMMENCEMENT AND SUBSTANTIAL COMPLETION

2.1 The Work to be performed under this Subcontract shall be commenced on or before **07/31/2025** and, subject to authorized adjustments, the Work shall be substantially completed on or before (the "Completion Date").

2.2 SUBCONTRACTOR'S WORK SHALL BE COMPLETED IN TIME TO ALLOW CONTRACTOR AND ALL OTHER TRADES TIME TO COMPLETE ALL WORK REQUIRED BY THE CONSTRUCTION CONTRACT AS SET FORTH IN THE CONSTRUCTION CONTRACT AND BY THE DATE OF COMPLETION SET FORTH IN THE CONSTRUCTION CONTRACT.



EXHIBIT
tabbies
B

## ARTICLE 3 THE SUBCONTRACT SUM

3.1The Contractor shall pay the Subcontractor in current funds for the performance of the Work, subject to additions and deductions authorized pursuant to the Subcontract and the Construction Contract, as follows:

***$3,693,450.00***

**EXACTLY THREE MILLION SIX HUNDRED NINETY-THREE THOUSAND FOUR HUNDRED FIFTY DOLLARS**

## ARTICLE 4 PAYMENTS TO SUBCONTRACTOR

4.1 Within ten days of the execution of this Subcontract, Subcontractor shall submit to the Contractor a schedule of values ("Schedule of Values") allocating the Subcontract Sum to the various parts of the Work of the Subcontract. In applying for payment, the Subcontractor shall submit applications for payment showing the percentage of completion of the portions of the Work based on this Schedule of Values.

4.2 Applications for progress payments shall (a) be in writing and (b) be based on the estimated percentage of Subcontractor's Work satisfactorily completed based on the Schedule of Values.

4.3 Contractor shall make payment to Subcontractor of the earned and undisputed amounts as set forth in the application for progress payment within seven (7) days after Contractor receives payment from the Owner for the completed portions of Subcontractor's Work for which the Subcontractor seeks payment, less the retainage.

4.4 Upon Substantial Completion, Contractor shall make payment to Subcontractor of the unpaid, earned, and undisputed balance of the Subcontract Sum, less the retainage, within seven (7) days after Contractor receives payment from the Owner for the completed portions of Subcontractor's Work for which Subcontractor seeks payment.

4.5 Subcontractor may invoice for final payment, constituting the entire unpaid balance of the Subcontract Sum, when the Work described in this Subcontract, including all punch list items, are fully completed and accepted by Owner. Final payment, including retainage, shall be paid to Subcontractor within seven (7) days after Contractor receives final payment from the Owner for Work completed by the Subcontractor for which Subcontractor seeks payment.

4.6 Retainage on this Work is 10.00 %

## ARTICLE 5 INSURANCE AND INDEMNITY

5.1 Prior to starting work and for the duration of the Work, the Subcontractor shall obtain insurance coverage as required by the Construction Contract. If the Construction Contract does not specify the types and amount of insurance to be provided by Subcontractor, Subcontractor shall obtain insurance coverage as set forth herein.

5.1.1 General liability policy on a comprehensive form, including a broad form comprehensive liability endorsement that includes (1) coverage for liability assumed under any oral or written contract relating to the conduct of Subcontractor's business, including this Subcontract, (2) broad form property damage liability coverage, (3) premises-operations coverage, (4) products and completed operations hazard coverage, and (5) independent contractor coverage. The limit of liability shall be not less than $1,000,000 per occurrence and an annual aggregate limit of $2,000,000. Subcontractor shall maintain auto liability coverage with a limit of not less than $1,000,000 per occurrence and an annual aggregate limit of $2,000,000. Subcontractor shall name Contractor and Owner as additional insureds on the general liability and auto liability policies with respect to any liability arising out of the performance of the Work and the Contract Documents;

5.1.2 All insurance required by federal, state, and local law including but not limited to worker's compensation insurance;

5.1.3 Employer liability coverage with a limit of not less than $500,000 per occurrence. Subcontractor waives all rights against Contractor and Owner, including any right of or for subrogation, for damages to the extent covered by the employer liability policy coverage; and

5.1.4 In the event that Subcontractor's Work requires Subcontractor to provide professional design services and/or furnish drawings or calculations stamped by a licensed professional, the licensed professional shall maintain professional liability insurance on a claims-made basis with a limit of not less than $1,000,000.00 during the performance of the Work and for a minimum of two (2) years following Final Completion of the Project under the Construction Contract.

**Vendor Intials** JPN

5.2 Insurance provided by Subcontractor shall be primary and non-contributory in relation to any insurance of the Contractor or the Owner.

5.3 Upon request, Subcontractor shall furnish certificates of insurance to the Contractor that the Subcontractor has complied with the requirements of this Article.

5.4 If Subcontractor subcontracts any of its obligations or Work hereunder, Subcontractor shall require that its subcontractors carry insurance in accordance with the Contract Documents or if the Contract Documents do not specify the types and amount of insurance for sub-subcontractors, insurance coverage as set forth in Section 6.1 or otherwise in type and amounts acceptable to Contractor and Owner, and at Contractor's request, provide proof thereof.

5.5 To the fullest extent permitted by law, the Subcontractor agrees to defend, indemnify and hold the Contractor and the Owner and their agents harmless from any and all liens, claims, demands, costs, expenses, judgments, or other liabilities (including attorney's fees and costs) which the Contractor and Owner may sustain, be asserted against the Contractor and Owner, or become liable for on an account of any claim, suit, or action resulting from or arising from, in whole or in part, the negligence of the Subcontractor, its agents, employees, sub-subcontractors, or anyone for whose acts the Subcontractor may be liable, regardless of whether or not such lien, claim, demand, cost, expense, judgment, or other liability is caused in part by the Contractor, Owner or a party indemnified hereunder. This defenses and indemnification obligation is intended to waive any exclusivity-of-remedy defense or employer immunity provisions that may otherwise be available to contractor under workers' compensation or similar laws. The obligations in this Section shall survive termination of the Contract.

## ARTICLE 6 SUBCONTRACTOR

6.1 RIGHTS AND RESPONSIBILITIES

6.1.1 The Subcontractor shall be bound to the Contractor by the terms of the Contract. If any provision between the Owner and Contractor in the Construction Contract is directly in conflict with any provisions of this Subcontract, the terms of this Subcontract shall govern.

6.1.2 The Subcontractor shall not assign this Subcontract without written consent of the Contractor, nor subcontract the whole of this Subcontract without the written consent of the Contractor. The Subcontractor shall not assign any amounts due or to become due under this Subcontract without written notice to the Contractor.

6.1.3 Subcontractor shall be responsible for cleaning up and removing all debris resulting from its Work from the jobsite.

6.2 EXECUTION AND PROGRESS OF THE WORK

6.2.1 The Subcontractor agrees to complete all Work in accordance with the Contract Documents. The Subcontractor agrees that the Contractor's equipment will be available to the Subcontractor only at the Contractor's discretion and on mutually satisfactory terms.

6.2.2 The Subcontractor shall cooperate with the Contractor in scheduling and performing its Work to avoid conflict or interference with the work of others.

6.2.3 The Subcontractor shall promptly submit shop drawings and samples required in order to perform its Work efficiently, expeditiously and in a manner that will not cause delay in the progress of the Work of the Contractor or other subcontractors.

6.2.4 The Subcontractor shall furnish periodic progress reports on the Work as mutually agreed, including information on the status of materials and equipment under this Subcontract which may be in the course of preparation or manufacture.

6.2.5 The Subcontractor agrees that all Work shall be done subject to the final approval of the Architect, if any, and the Owner. The Architect and/or the Owner's decisions in matters relating to artistic effect shall be final if consistent with the intent of the Contract Documents.

6.2.5.1 The Subcontractor agrees if their subcontract is over $500,000, to supply to the Contrractor a payment and performance bond.

6.2.6 The Subcontractor shall pay for all materials, equipment and labor used in, or in connection with the Work and the performance of this Subcontract through the period covered by previous payments received from the Contractor, and shall furnish satisfactory evidence, when requested by the Contractor, to verify compliance with the above requirements, including but not limited to lien waivers.

6.3 LAWS, PERMITS, FEES AND NOTICES

6.3.1 The Subcontractor shall give all notices and comply with all laws, ordinances, rules, regulations and orders of any public authority bearing on the performance of the Work under this Subcontract. The Subcontractor shall secure and pay for all permits and governmental fees, licenses and inspections necessary for the proper execution and completion of the Subcontractor's Work, the furnishing of which is required by the Contract Documents.

6.3.2 The Subcontractor shall comply with federal, state and local laws applicable to the performance of this Subcontract.

6.4 SAFETY PRECAUTIONS AND PROCEDURES

6.4.1 The Subcontractor shall take all reasonable safety precautions with respect to his Work and shall comply with all applicable laws, ordinances, rules, regulations and orders of any public authority for the safety of persons or property.

6.5 WARRANTY

6.5.1 Subcontractor warrants to the Owner and the Contractor that the work will be free from defective materials and constructed in a workmanlike manner in accordance with the Contract Documents. To the extent that Subcontractor provides "goods" as defined in the Maine Uniform Commercial Code (Maine UCC) under this Contract, the warranty rights and remedies set forth in the Maine UCC shall apply.

6.5.2 For a period of one year after the Work is completed, Subcontractor shall promptly correct any defective work after receipt of a written notice from Contractor to do so.

6.5.3 Subcontractor will provide Contractor with any product warranties Subcontractor receives from its suppliers.

6.5.4 In addition to the warranties and guarantees set forth above, Subcontractor shall warrant and guarantee all Work in the same manner and to the same extent that Contractor warrants and guarantees the Work under the Construction Contract.

6.6 CHANGES IN THE WORK

6.6.1 Without invalidating this Subcontract, Contractor may seek to make changes in the Work within the general scope of this Subcontract consisting of additions, deletions or other revisions. If any such proposed change impacts the time or cost of performance of Subcontractor's Work, the Subcontractor, prior to the commencement of such change, shall submit promptly to the Contractor a written proposal describing, in detail, any requested adjustment to the Subcontract Sum and Completion Date. If the Contractor and Subcontractor are not able to agree on an adjustment to the Subcontract Sum or Completion Date for any changed Work, Contractor may direct Subcontractor in writing to perform such changed Work, in which case, Subcontractor shall perform such changed Work, and Contractor shall compensate Subcontractor in an amount determined, in good faith, by Contractor as fair compensation for the changed Work and shall extend the Completion Date in an amount Contractor determines in good faith is fair and reasonable. Subcontractor's right to make a claim for disputed amounts related to such changed Work shall be preserved.

6.7 CLAIMS OF THE SUBCONTRACTOR

6.7.1 Within 21 days of discovery, the Subcontractor shall provide notice of all claims to the Contractor, including, without limitation, all claims for additional costs, extensions of time, and damages for delays, interference, disruptions or any other causes in accordance with this Subcontract.

6.8 SUBCONTRACTOR'S REMEDIES

6.8.1 If the Contractor does not pay the Subcontractor undisputed amounts through no fault of the Subcontractor, within seven days from the time payment should be made as provided under this Subcontract, the Subcontractor may, seven days after a written notice has been provided to Contractor, suspend the Work until payment of the undisputed amount owing has been received.

## ARTICLE 7 CONTRACTOR

7.1 RIGHTS AND RESPONSIBILITIES

7.1.1 The Subcontractor shall be bound to the Contractor by the terms of this Subcontract. Where any provision of the agreement between the Owner and the Contractor is in direct conflict with any provisions of this Subcontract, this Subcontract shall govern.

7.2 CONTRACTOR'S REMEDIES

7.2.1 If the Subcontractor defaults or neglects to carry out the Work in accordance with this Subcontract or is otherwise in material breach of the terms of this Subcontract and fails within seven days after receipt of written notice from the Contractor to commence and continue correction of such default, neglect or breach with diligence and promptness, the Contractor may make good such deficiencies and may deduct the cost thereof from the payments then or thereafter due the Subcontractor and may terminate Subcontractor under Section 9.2.

7.2.1 In addition to the remedies set forth in Section 7.2.1, Contractor shall have available against Subcontractor all rights and remedies that Owner has against Contractor, under the Construction Contract or otherwise.

## ARTICLE 8 ARBITRATION

8.1 All claims, disputes and other matters in question arising out of, or relating to, this Subcontract, or the breach thereof, shall be decided and conducted in the same manner and under the same procedure as provided in the Contract Documents with respect to disputes between the Owner and the Contractor, except that a decision by the Owner or Architect, if applicable, shall not be a condition precedent to such action between Contractor and Subcontractor. If the Contract Documents otherwise do not provide for or fail to specify the manner and procedure for dispute resolution, then the dispute will be resolved by binding arbitration between and jointly paid for by the parties. The arbitration shall be administered as the parties mutually agree. If the parties are unable to agree on the process for arbitration, the arbitration shall be conducted under the Construction Industry Arbitration Rules of the American Arbitration Association then in effect. The award rendered by the arbitrator shall be final, and judgment shall be entered upon it in accordance with applicable law in any court having jurisdiction thereof.

8.2 Contractor may consolidate an arbitration or litigation conducted under this Subcontract with any other arbitration or litigation to which it is a party provided that (1) the agreement governing the other dispute permits consolidation; and (2) the disputes to be consolidated involve substantially common questions of law or fact.

8.3 This Article shall not be deemed a limitation of any rights or remedies which the Subcontractor may have under any federal or state mechanics' lien laws or under any applicable labor and material payment bonds.

8.4 If an arbitration or litigation arises out of the Work, the Contract, this transaction, or related thereto, either because Subcontractor has breached its obligations hereunder or under applicable law, or because Subcontractor has brought invalid claims against Contractor, Contractor shall be entitled to recover reasonable attorney's fees and costs from the Subcontractor. This right shall be in addition to, and not in limitation of, any right Contractor may have under applicable law.

## ARTICLE 9 TERMINATION

9.1 TERMINATION BY THE SUBCONTRACTOR

9.1.1 If the Work is stopped for a period of thirty days through no fault of the Subcontractor or if Subcontractor has suspended the work under Section 6.8.1 for 14 days or longer, then the Subcontractor may, seven days after providing written notice to the Contractor, terminate this Subcontract and recover from the Contractor payment for all Work executed and any direct costs incurred in its demobilization from the jobsite.

9.1.2 Contractor shall carry on the Work during all disputes or disagreements with Contractor and no work shall be delayed or postponed pending resolution of any disputes or disagreements, except as permitted by Section 9.1.1 or as Subcontractor and Contractor may otherwise agree in writing.

9.2 TERMINATION BY CONTRACTOR

9.2.1 If the Subcontractor fails or neglects to carry out the Work in accordance with the Contract Documents or otherwise to perform in accordance with the Contract Documents and fails, within seven days after receipt of written notice, to commence and continue correction of such default or neglects with diligence and promptness to continue to correct such default, the Contractor may terminate the Subcontract and finish the Work by whatever method the Contractor may deem expedient.

**Vendor Intials** ____

## ARTICLE 10 MISCELLANEOUS PROVISIONS

10.1 All of the terms and conditions of this Subcontract shall be construed according to the laws of the State of Maine, without regard to its choice of law provisions.

10.2 If any term or other provision of this Subcontract is determined to be invalid, illegal or incapable of being enforced by any rule or law, or public policy, all other conditions and provisions of this Subcontract shall nevertheless remain in full force and effect so long as the economic or legal substance of the transactions contemplated hereby is not affected in any manner materially adverse to any party. Upon such determination that any term or other provision is invalid, illegal or incapable of being enforced, the parties hereto shall negotiate in good faith to modify this Subcontract so as to effect the original intent of the parties as closely as possible in an acceptable manner to the end that transactions contemplated hereby are fulfilled to the extent possible.

10.3 Subcontractor is an independent contractor and is responsible for the control, performance and safe operation of the Work.

10.4 The Contract Documents represent the entire agreement between the Contractor and Subcontractor relating to the Project, and the terms of this Subcontract shall not be modified except by written agreement signed by both the Contractor and the Subcontractor. No term or condition of this Subcontract or the Contract Documents may be waived by Subcontractor except in writing signed by its duly authorized officer or agent.

10.5 A waiver by either party of any of the above terms and conditions shall not be deemed a waiver of any of the other terms and conditions.

## ARTICLE 11 THE WORK OF THIS SUBCONTRACT

11.1 The Subcontractor shall execute the following portion of the Work described in the Subcontract Documents, including all labor, materials, equipment, services and other items required to complete such portion of the Work, except to the extent specifically indicated in the Subcontract Documents to be the responsibility of others.

| Description of Work | Cost Code | Description | Amount |
|---|---|---|---|
| Plumbing & Mechanical<br>Plumbing: $554,950.00<br>HVAC: 3,138,500.00 | 230000.000 | Heating, Ventilating , and Air | 3,693,450.00 |

## ARTICLE 12 ENUMERATION OF SUBCONTRACT DOCUMENTS

12.1 The Subcontract Documents, except for Modifications issued after execution of this Subcontract, are enumerated as follows:

***NONE unless stated in section 12.1 and attachments, if any.***

***This subcontract includes the following attached exhibits:***
***Exhibit A - Scope of Work***
***Exhibit B - Contract Documents Log***
***Exhibit C - Prevailing Wage Labor Rates***
***Exhibit D - Project Schedule***
***Exhibit E - SF1413***
***Exhibit F - Standard Insurance Requirements***
***Exhibit G - Partial Release of Claim & Waiver of Lien***
***Exhibit H - Final Release of Claim and Waiver of Lien***
***Exhibit - I - Standard Billing Format AIA G703***

**This Agreement entered into as of the day and year first written above.**

**Contractor**
**Authorized Signature:**________________________

*Printed name*________________________

*Printed title*________________________

**Ducas Construction Inc.**
**40 Center Street**
**Suite 1**
**Scarborough ME 04074**
**(207)-303-0634**

**Subcontractor**
**Authorized Signature:** [signature]

*Printed name* John Nolan

*Printed title* President

**Titan Mechanical, Inc.**
**232 Riverside Industrial Parkway**
**Portland ME 04103**
**Phone:**
**Fax:**

**Vendor Intials** JPN
Subcontract # **1106**

# Table of Contents

**Exhibit A – Scope of work**

**Exhibit B – Contract Document Log**

**Exhibit C – Prevailing Wage Labor Rates**

**Exhibit D – Project Schedule**

**Exhibit E – SF1413**

**Exhibit F – Standard Insurance Requirements**

**Exhibit G – Partial Release and Claim of Waiver of Lien**

**Exhibit H – Final Release of Claim and Waiver of Lien**

**Exhibit I – Standard Billing Format AIA G703**

**Exhibit J – Certified Payroll Requirements**

**Owner: Department of Veterans Affairs**
**VA Contract # 36C77624C0036**
**Project #: 2024-312**
**Document: Attachment A Scope of Work**
**Date: 5/17/24**

# Exhibit A – SCOPE OF WORK

**Substance Abuse Rehabilitation**
**2024-312**
**cc: 10000, 220000, 230000, 250000**

## A. GENERAL SCOPE:

Provide all labor, tools, equipment, materials, and supervision required for the proper and complete performance of the Plumbing & Mechanical scope of work in accordance with site visits and Contract Documents as defined in Exhibit B. The separation of those documents into various sections is for convenience only and is not intended in any way to limit the scope of their agreement. Without limiting the generality hereof, the work includes but is not limited to the following:

1. This Contractor is required to provide and to pay for all necessary Permits, Fees, Taxes, and Inspections required for and associated with the complete performance of the work under this contract and the cost of same is included in this Subcontractor's price.

2. This Contractor's bid proposal, with any listed inclusions, exclusions and/or clarifications is superseded by this Subcontract.

3. This Contractor has thoroughly examined all referenced documents, addendums, narratives and reports. Failure to be acquainted with the existing site conditions shall in no way relieve this subcontractor from any obligations with respect to this work.

4. This Contractor understands and is fully aware that this is a federal project and is subject to all requirements of the Federal Acquisition Regulations (FAR). The prime contract can be reviewed at any time, and the FAR regulations specific to this project are referenced in the bid documents.

5. The use of tobacco of any type is not allowed on site. It is illegal. This will be a zero-tolerance site.

6. No food or drinks are allowed outside the designated areas.

7. This Contractor shall attend the weekly toolbox safety meetings with Ducas Construction Inc.

8. The term "Contractor" noted in applicable specifications above, shall mean this subcontractor.

9. This Contractor will be required to supply their own storage trailers if approved by the General Contractor, the location will be determined by the onsite superintendent. There will be no storage of materials to be incorporated in the work allowed within the buildings. This Contractor is responsible for the security and protection of all its stored materials.

10. This Contractor shall update their final as-built drawings and make them available to the General Contractor, the owner, and the A/E for their review. Failure to properly update the final as-built drawings will result in withholding of the progress and/or final requisition until such time as the as-built drawings have been updated.

11. Provide all necessary freight, offloading, hoisting, rigging, and staging required for the installation of materials and equipment for the complete performance of the subcontract work under this contract.

12. This Contractor herby acknowledges and agrees that upon request from the General Contractor of a notification of a Change Order Request or Request for Proposal, the subcontractor will respond no later

than (5) days from the receipt thereof, in writing, as to the change if any to the subcontract amount and or subcontract time. The subcontractor will provide full and complete detailed information, including detailed labor and material costs, quantities, and rates to substantiate the cost to be submitted and any additional information as required by the General Contractor.

13. This Contractor will provide all engineering, surveying, and layout as required for the performance of their subcontract work, using control established by the General Contractor. Damage to existing control shall be replaced at this Contractor's expense.

14. This Contractor/supplier will comply with the contract close-out requirements within the Contract Documents. All applicable close-out documentation including, but not limited to, Operations and Maintenance (O&M) materials as requested by Ducas Construction Inc., the owner, or design team or as otherwise required by the Contract Documents.

15. This Contractor shall provide traffic control for his own operation as well as that of his suppliers. This would include traffic control plans, permits, uniformed police officers, flagmen, barricades, and other conditions as may be required in accordance with the contract documents and provide the General Contractor with written notice no less than 72 hours prior to any traffic control activities.

16. This Contractor hereby acknowledges and agrees that they have been made aware of and hereby agrees to comply with the following schedule for the Subcontract work:

    a. Within (7) days of the date of this Subcontract award, this Contractor is required to submit a Certificate of Insurance in compliance with the Contract Documents and acceptable to the General Contractor.
    b. Within (7) days of the date of this Subcontract Award, this Contractor will submit the "Submittal and Purchase & Delivery Schedules" for the General Contractor's review and approval, this will clearly note long lead items. The initial package of Submittals is due within (10) calendar days of the date of award and the balance of Submittals will be completed and sent to Ducas Construction within (20) days of the date of this award.
    c. Within (10) days of the date of this Subcontract award, this Contractor will submit a detailed Schedule of Values for approval by the General Contractor.
    d. Monthly Applications for Payment will be submitted on or before the 21st of each month, for the period indicated on the application for payment. Payment Applications received by the General Contractor after the 21st of the month will be processed the following month. Applications for Payment will only be accepted on the forms attached in Subcontract. Retainage will be held at the rate of 10%.

17. All Time and Material work must be approved in advance by Ducas Construction Inc. project manager, and superintendent. For all time and material work, the subcontractor must receive the Ducas Construction PM or Superintendent's signature on the daily tag for the work to be considered legitimate. 1 copy of all daily tags must be provided to the Ducas Construction project manager or superintendent by the end of the day/shift.

18. It is the intent of the contract documents to describe and provide for a fully functionally complete project, or work to be constructed in accordance with the contract documents. In addition to the work expressly called for in the drawings and specifications, any other work, materials, or equipment that may reasonably be inferred from the contract documents as being required to produce the intended result shall be provided, at no increase in the contract price or extension in contract time and without requiring any changes in the work, whether or not specifically called for.

19. If compliance with two or more standards is specified and the standards establish different or conflicting requirements for minimum quantities or quality levels, comply with the most stringent requirement.

20. It is understood that this contractor will complete all punch list items within 10 days from the date of issuance. Failure to complete the punch list within the 5 days allowed will subject this Contractor to back charges for execution of his work.

21. This Contractor will perform the necessary overtime and shiftwork as required to maintain the project schedule should the Contractor fall behind.

22. Upon issuance of the project schedule, the Subcontractor will be held to the maximum durations described therein, not the specific dates.

23. Ducas Construction Inc. reserves the right to request this Subcontractor to increase its crew size if it is deemed necessary to maintain the overall project schedule. If the Subcontractor is unable to do so, Ducas Construction reserves the right to supplement with outside labor at the expense of the Subcontractor.

24. Both Ducas Construction Inc. and our subcontractors will be held to the general contract requirements concerning scheduling.

25. This Contractor will be required to attend weekly subcontractor meetings. The meeting will require a project manager, superintendent, or foreman from this Contractor.

26. This Contractor will have a competent person on site at all times while they have work/operations under way. That competent person must be identified to the project superintendent, and be trained, experienced and aware of all OSHA regulations specific to the task being performed.

27. This Contractor is required to attend coordination meetings and a pre-installation conference to ensure coordination of the work to be provided under this subcontract. It is understood that the cost of coordination drawings is the responsibility of this Contractor.

28. This Contractor will turn in daily field reports at the end of each workday, and weekly safety reports at the end of the workweek.

29. Substitutions are not recommended; however, if substitutions are submitted, they must be clearly labeled as a substitution and must be equal or better than that which was required by the contract documents. Contractor shall allow adequate time for the Architect to review substitutions. It is understood that any delays or impact resulting from the use of substitutions will be the responsibility of this Contractor.

30. This Contractor is responsible for the verification of existing conditions and field dimensions and shall be responsible for coordinating their work with other trades. This contractor shall allow all necessary time in the submissions and procurement of materials for field verification.

31. This Contractor shall provide review and approval of all submittals prior to submission to the General Contractor.

32. This Contractor's responsibility for errors, omissions, and deviations in submittals is not relieved by the Architects review and approval of submittals.

33. The shop drawings/product data/samples must be submitted to the general contractor within (10) days of the award. The submittal will include, but not be limited to, the following.

    1) General Contractor Job Number: 2024-312
    2) Spec section:
    3) Submitted by:
    4) Project number:

5) Date Submitted:

34. Where the architect has not required re-submittal, but corrections have been noted on the shop drawings, a copy of the corrected drawings after the noted corrections have been made shall be submitted to the architect for record purposes but not for action.

35. This Contractor will be required to protect their materials/work against damage until final acceptance.

36. This Contractor is responsible for the removal and proper disposal of all pallet crates and must be removed from the Site at the time of Delivery.

37. Jobsite work hours are Monday through Friday, 7 a.m. to 4:30 p.m., and the Subcontract price is based on these work hours. Noise or work outside these times may not be allowed.

38. Monthly Subcontractor invoices must include 1) a schedule of values as agreed upon by the Subcontractor and Ducas Construction's Project Manager, 2) proof of insurance, including endorsements naming additional insured as required by the Contract Documents (second tier subcontractors must also provide insurance certificates in accordance with requirements of the Contract Documents), and 3) notarized Conditional and Unconditional lien waivers.

39. Per the General Contract Documents, the mark-up for overhead and profit for changes to the Subcontractor's Work shall be 10% for subcontractor-performed work and 5% for lower tiers.

## B. GENERAL SAFETY REQUIREMENTS

Provide the Labor, Equipment, Materials, Documentation and Supervision required to ensure compliance of all safety requirements at a Local, State, and Federal level. This section is assembled for convenience and is not intended to limit the extent of actions taken to adhere to all OSHA and The Project Specific Safety Requirements packet. Wherever possible, action shall be taken to engineer the hazard out of any task or activity to the fullest extent. This Subcontractor assumes the responsibility for the following:

1. Full PPE shall be worn on-site at all times by this Contractor and this Contractor's employees. Including but not limited to hard hats, eye protection, high visibility vests or shirts, gloves, and safety toe boots.

2. This Contractor shall be responsible for providing an adequate supply of drinking water from approved sources of acceptable quality, satisfactorily cooled, for their employees and those of their subcontractors.

3. This Contractor shall be responsible for Fire Watch, fire extinguishers, and barricades for the execution of this scope of work, as required by the Authorities with jurisdiction for work under this contract. Any Hot Work is subject to a HOT WORK PERMIT filed with the COR on site no less than 1 week prior to the activity start.

4. This Contractor will have a competent person on site at all times while they have work/operations under way. That competent person must be identified to the project superintendent, and be trained, experienced and aware of all OSHA regulations specific to the task being performed.

5. This Contractor is responsible for providing copies of Tool Box Talks held with their crew to the project admin at the end of each week. It is required that 1 tool box talk per week be reviewed, signed and turned in to the project administrator.

6. This Contractor is responsible for performing a Job Hazard Analysis (Federal Activity Hazard Analysis AHA) for each new task of work they are about to start. This AHA will be reviewed with the General

Contractor and project superintendent. **This AHA must be submitted no less that 15 days prior to the start of that activity.**

7. **This Contractor must submit copies of their OSHA training records no less than 15 days prior to the start of the activity.**

8. This Contractor must perform all work in a safe workman-like manner and must meet or exceed all applicable state, local or municipal, and OSHA standards and or regulations.

9. This Contractor is responsible for providing the required task lighting for the completion of the work.

10. This Contractor shall attend weekly subcontractor meetings with Ducas Construction Inc.

11. This Contractor shall perform weekly safety walks with the General Contractor's Site Superintendent.

12. This Contractor shall provide traffic control for his own operation as well as that of his suppliers. This shall include but is not limited to traffic control plans, permits, flagmen, barricades, and other conditions as may be required in accordance with the contract documents and provide the General Contractor with written notice no less than 72 hours prior to any traffic control activities.

13. This Contractor shall provide the Site Superintendent with a paper or electronic copy of their daily Job Hazard Analysis Forms (JHA's) at the start of each day. JHA's are to include all tasks for the day as well as signatures from every crew member on-site and should be amended throughout the day when applicable.

14. This Contractor shall provide documentation of competent persons, employee training, and certification for all tools and equipment to be utilized on this project prior to the mobilization of equipment on-site. This shall include but is not limited to motorized equipment, ladders, scaffolding, and power tools.

15. This Contractor shall complete Pre-operational Checklists for Motorized Mobile Equipment utilized on this project. This shall include but is not limited to cranes, boom lifts, lulls, forklifts, skid steers, loaders, excavators, and dump trucks.

16. This Contractor shall provide PDF or Hard copies of SDS sheets prior to starting work on site. If hazardous materials are to be brought to the site that were not included in the initial distribution of the SDS sheets, additional SDS sheets must be provided prior to the arrival of any new hazardous material.

17. All personnel entering the jobsite to perform work are required to complete a Project Specific Safety Orientation with the on-site Superintendent upon arrival prior to performing any work on site.

18. This Contractor shall provide proper safety signage and flagging as required for any hazardous work. Including but limited to overhead work, open excavations, hot work, use of hazardous materials, and use of large equipment in trafficked areas.

**C. SPECIFIC SCOPE:**

1. This Contractor understands & acknowledges the below specific requirements of this project include:
   a. This is a taxable project and no additional costs can be presented for tax burden not included.
   b. This is a prevailing wage project, and that they are required to submit their certified payroll to the project admin at the end of each week.

   c. They are required to identify their competent person/supervisor project to the project start and work commencing and maintaining a competent person on site for the duration of the project.
   d. The requirements of the reporting requirements on this job and will review with their foreman and on-site competent persons prior to them mobilizing to the site. Reporting includes but is not limited to: Daily Field Reports, AHA, Accident Reports, Pre-construction meetings, Payroll Reports and Certified Payroll.

2. This Contractor has reviewed the draft project schedule and understands that multiple mobilizations will be required over the course of this project. Re-mobilization fees will not be allowed.

3. This Contractor is responsible for conducting a site survey prior to their start of work, a full examination and review of the substrate, surfaces or conditions that they will be building on if not constructed by their own forces. No changes will be accepted once work has started due to deficiencies not identified.

4. This Contractor is responsible for all commissioning requirements that apply to their scope of work as defined in the specifications and the MES commissioning requirements. **Commissioning agent (CxA) is provided by the owner and Commissioning Manager (CxM) is provided by the GC. The contractor agrees to provide staff and participate in commissioning activities (testing, startup, etc)*

5. This Contractor acknowledges and understands that neither of the Deduct Alternates were taken.

6. This Contractor is responsible for including all work contained with specification sections: 010000, 220000, 230000, 250000.

7. This Contractor will provide all submittals according to the VA specification: A individual submittal will be provided for each product type and include the following: Product Data

8. This Contractor is will provide the plumbing work associated with the Temporary construction needs of the project. This work includes but is not limited to:

   a. Connection of domestic water to the temporary office trailer.
   b. Provision for and installation of a domestic water hook up/hose bib on site during construction working and active by the start of concrete work.

9. This Contractor will provide all labor, tools, equipment, materials and supervision to provide a complete, full and functioning Plumbing scope of work. All work complete in place will be supplied, built and finished according to the contract documents, specifications and supporting documents issued within this contract. This work includes but is not limited to:

   a. Domestic water system inclusive of meter, RPV and piping
   b. Hot and piping and accessories and equipment.
   c. Sanitary and vent piping and accessories
   d. Roof Drains, Rain Leaders and Storm Drainage
   e. Fixtures – All shown and referenced on plans and specs
   f. Equipment including but not limited to: Pumps, Mixing Valves and Water Filtration & Heat Exchangers.
   g. Condensate Drainage
   h. Elevator Sump Drainage

10. This Contractor is responsible will commence their work on new utility stubs at the flange within the building. Location, height and condition of the utility stub will be reviewed with the earthwork contractor prior to final installation. Earthwork contractor is responsible for flushing, chlorinating and testing all domestic water services, but plumber is required to verify prior to start of work.
11. This Contractor sill supply and install all insulation, labeling, stickers, tags and pipe, fixture and device identification as required by the contract drawings.

12. This Contractor is responsible for extending any new utilities originating in the new building (Bldg. 258) through the slab or foundation wall to the exterior withing 2' of structure, where another trade is responsible completing their work outside the building. Thes utilities include but are not limited to: Sanitary Waste, Roof Drains/Storm Drains and Sumps.

13. This Contractor is responsible for the supply and installation of any and all thru wall water tight fittings around piping as required. The preferred choice are link seals.

14. This Contractor is responsible for participating in the commissioning process and fulfilling the subcontract and specification required duties of the plumbing contractor.

15. This Contractor is responsible for providing both Red Lined Plan as BUILTS and CAD AS BUILTS.

16. This Contractor will provide all labor, tools, equipment, materials and supervision to provide a complete, full and functioning HVAC scope of work. All work complete in place will be supplied, built and finished according to the contract documents, specifications and supporting documents issued within this contract. This work includes but is not limited to:
    a. Steam piping, connections, condensate and drainage & pressure reducing valves
    b. Steam to Hot Water equipment including heat exchanger
    c. Ductwork & Insulation
    d. Air Terminal Units and accessories
    e. Mechanical piping for refrigerant cooling loop and hot water circulation loop
    f. All Equipment for Mechanical systems including but not limited to:
        i. Roof Top Units
        ii. Hoods & Exhaust Fans
        iii. Circulator Fans
        iv. Pumps of all types
        v. Modular split air-cooled chillers and accessories
        vi. Electric clean steam generator and condensate
        vii. Hydronic Air Terminal Units
    g. Air distribution devices including: registers, grills, diffusers etc.
    h. Radiant heating panels
    i. Kitchen Hoods and associated fire suppression system.
    j. Louvers and Grilles

17. This Contractor will supply and install any and all ATC valves and control related equipment required in the contract documents. Final programming, wiring, and testing will be done by others.
18. This Contractor will furnish and install all insulation, labeling, tags and identification and required by the contract documents.
19. This Contractor is responsible for installing all air balancing devices such as dampers, grilles, baffles and duct offsets. It is their responsibility to provide complete Air Balancing according to plans and specs.
20. This Contractor will participate and fulfill their commissioning obligations according to the contract documents.
21. This Contractor will work with the controls contractor and provide all equipment, devices and controls per plans and specs.
22. This Contractor will provide their own coring and penetrations for all their plumbing and mechanical work.
23. This Contractor will dispose of all their waste to the site provided dumpster.
24. This Contractor will perform all their own fire stopping according to the accepted procedures – all fire stopping assemblies must be submitted prior to installation and use.
25. This Contractor will layout from the General Contractor provided control.

26. This Contractor is responsible for coordinating any work that involves a shut down or prolonged interruption of service to the already functioning systems and utilities according to VA requirements outlined in the specs.

**D. EXCLUSIONS:**

1. Demolition
2. Cutting & Patching
3. Delegated Design
4. Structural Steel
5. Excavation
6. Temp Heat
7. Power
8. Premium Time
9. Access Panels

## Exhibit B - Contract Document Log

### General

**Authority: Triple C**

| Sheet No. | Description | Original Date | Revision Date |
|---|---|---|---|
| GI000 | COVER SHEET | 7/26/2022 | |
| GI050 | GENERAL NOTES | 7/26/2022 | |
| GI100 | GENERAL SITE PLAN | 7/26/2022 | |
| GI101 | GENERAL LIFE SAFETY - FIRST AND SECOND FLOOR | 7/26/2022 | |

### Civil

**Authority: Triple C**

| Sheet No. | Description | Original Date | Revision Date |
|---|---|---|---|
| VF101 | CIVIL SITE SUREY PLAN | 7/26/2022 | |
| VF102 | CIVIL - SITE SURVEY REFERENCE VIEWS | 7/26/2022 | |
| CD101 | CIVIL - SITE DEMOLITION PLAN | 7/26/2022 | |
| CS101 | CIVIL - GRADING PLAN | 7/26/2022 | |
| CG101 | CIVIL SITE SURVEY PLAN | 7/26/2022 | |
| CG102 | CIVIL - EROSION CONTROL PLAN | 7/26/2022 | |
| CG501 | CIVIL - GRADING DETAIL SHEET | 7/26/2022 | |
| CG502 | CIVIL - GRADING DETAIL SHEET | 7/26/2022 | |
| CU101 | CIVIL UTILITY PLAN | 7/26/2022 | |
| CU102 | CIVIL – FOUNDATION DRAIN PLAN | 7/26/2022 | |
| CU501 | CIVIL - UTILITY DETAIL SHEET 1 | 7/26/2022 | |
| CU502 | CIVIL - UTILITY DETAIL SHEET 2 | 7/26/2022 | |

### Landscape

**Authority: Triple C**

| Sheet No. | Description | Original Date | Revision Date |
|---|---|---|---|
| LS101 | LANDSCAPE - PLANTING PLAN | 7/26/2022 | |

### Structural

**Authority: Triple C**

| Sheet No. | Description | Original Date | Revision Date |
|---|---|---|---|
| S-001 | GENERAL STRUCTURAL NOTES | 7/26/2022 | |
| S-002 | GENERAL STRUCTURAL NOTES CONTINUED | 7/26/2022 | |
| S-003 | SPECIAL INSPECTIONS | 7/26/2022 | |
| S-010 | LIVE LOAD DIAGRAMS | 7/26/2022 | |
| S-011 | LIVE LOAD DIAGRAMS | 7/26/2022 | |
| S-012 | SNOW LOAD DIAGRAMS | 7/26/2022 | |
| S-101 | STRUCTURAL FOUNDATION PLAN - OVERALL | 7/26/2022 | |
| S-101A | STRUCTURAL FOUNDATION PLAN - PART A | 7/26/2022 | |
| S-101B | STRUCTURAL FOUNDATION PLAN - PART B | 7/26/2022 | |
| S-102 | STRUCTURAL FRAMING PLAN - SECOND FLOOR - OVERALL | 7/26/2022 | |
| S-102A | STRUCTURAL FRAMING PLAN - SECOND FLOOR - PART A | 7/26/2022 | |
| S-102B | STRUCTURAL FRAMING PLAN - SECOND FLOOR - PART B | 7/26/2022 | |
| S-103 | STRUCTURAL FRAMING PLAN - ROOF - OVERALL | 7/26/2022 | |
| S-103A | STRUCTURAL FRAMING PLAN - ROOF - PART A | 7/26/2022 | |
| S-103B | STRUCTURAL FRAMING PLAN - ROOF - PART B | 7/26/2022 | |
| S-104A | STRUCTURAL FRAMING PLAN - HIGH ROOF | 7/26/2022 | |
| S-301 | MOMENT FRAME ELEVATIONS | 7/26/2022 | |
| S-302 | MOMENT FRAME ELEVATIONS | 7/26/2022 | |
| S-310 | FRAMING DETAILS | 7/26/2022 | |
| S-401 | ENLARGED PARTIAL FRAMING PLANS | 7/26/2022 | |
| S-501 | TYPICAL DETAILS | 7/26/2022 | |
| S-502 | TYPICAL DETAILS | 7/26/2022 | |
| S-503 | TYPICAL DETAILS | 7/26/2022 | |
| S-504 | TYPICAL DETAILS | 7/26/2022 | |
| S-505 | TYPICAL DETAILS | 7/26/2022 | |
| S-510 | FOUNDATION DETAILS | 7/26/2022 | |
| S-511 | FOUNDATION DETAILS | 7/26/2022 | |
| S-520 | FRAMING DETAILS | 7/26/2022 | |
| S-521 | FRAMING DETAILS | 7/26/2022 | |
| S-522 | FRAMING DETAILS | 7/26/2022 | |
| S-523 | FRAMING DETAILS | 7/26/2022 | |
| S-530 | ELEVATOR- SECTIONS AND DETAILS | 7/26/2022 | |
| S-540 | COLD-FORMED STEEL FRAMING DETAILS | 7/26/2022 | |
| S-601 | SCHEDULES | 7/26/2022 | |

| | | | |
|---|---|---|---|
| S-602 | GRAPHICAL COLUMN SCHEDULES | 7/26/2022 | |
| S-603 | GRAPHICAL COLUMN SCHEDULES | 7/26/2022 | |

**Architectural**

**Authority: Triple C**

| Sheet No. | Description | Original Date | Revision Date |
|---|---|---|---|
| A-001 | SYMBOLS, & GENERAL NOTES | 7/26/2022 | |
| A-002 | PROGRAM FLOOR PLANS | 7/26/2022 | |
| A-101 | ARCHITECTURAL FLOOR PLAN - FIRST FLOOR | 7/26/2022 | |
| A-101A | ARCHITECTURAL ENLARGED PLAN - FIRST FLOOR PART A | 7/26/2022 | |
| A-101B | ARCHITECTURAL ENLARGED PLAN - FIRST FLOOR PART B | 7/26/2022 | |
| A-102 | ARCHITECTURAL FLOOR PLAN - SECOND FLOOR | 7/26/2022 | |
| A-102A | ARCHITECTURAL ENLARGED PLAN - SECOND FLOOR PART A | 7/26/2022 | |
| A-102B | ARCHITECTURAL ENLARGED PLAN - SECOND FLOOR PART B | 7/26/2022 | |
| A-103 | ARCHITECTURAL FLOOR PLAN - PENTHOUSE | 7/26/2022 | |
| AC101 | ARCHITECTURAL REFLECTED CEILING PLAN - FIRST FLOOR OVERALL | 7/26/2022 | |
| AC102 | ARCHITECTURAL REFLECTED CEILING PLAN - SECOND FLOOR OVERALL | 7/26/2022 | |
| A-201 | ARCHITECTURAL EXTERIOR ELEVATIONS | 7/26/2022 | |
| A-301 | ARCHITECTURAL BUILDING SECTIONS | 7/26/2022 | |
| A-351 | WALL SECTIONS | 7/26/2022 | |
| A-352 | WALL SECTIONS | 7/26/2022 | |
| A-401 | ARCHITECTURAL ENLARGED PLANS AND INTERIOR ELEVATIONS | 7/26/2022 | |
| A-402 | ARCHITECTURAL ENLARGED PLANS AND INTERIOR ELEVATIONS | 7/26/2022 | |
| A-403 | ARCHITECTURAL ENLARGED PLANS AND INTERIOR ELEVATIONS | 7/26/2022 | |
| A-450 | ARCHITECTURAL STAIR DRAWINGS | 7/26/2022 | |
| A-451 | ARCHITECTURAL STAIR DRAWINGS | 7/26/2022 | |
| A-501 | DETAILS - EXTERIOR | 7/26/2022 | |
| A-510 | SECTION DETAILS | 7/26/2022 | |
| A-552 | ARCHITECTURAL CASEWORK DETAILS | 7/26/2022 | |
| A-553 | ARCHITECTURAL CASEWORK DETAILS | 7/26/2022 | |
| A-571 | ARCHITECTURAL CEILING DETAILS | 7/26/2022 | |
| A-601 | DOOR AND WINDOW SCHEDULES | 7/26/2022 | |
| A-701 | DOOR AND WINDOW DETAILS | 7/26/2022 | |
| A-730 | TYPICAL MOUNTING HEIGHTS | 7/26/2022 | |
| A-900 | 3D VIEWS | 7/26/2022 | |
| A-901 | 3D EXTERIOR CONCEPT IMAGES | 7/26/2022 | |

**Architectural Signage**

**Authority: Triple C**

| Sheet No. | Description | Original Date | Revision Date |
|---|---|---|---|
| AW001 | INTERIOR SIGNAGE ABBREVIATIONS, SYMBOLS, GENERAL NOTES AND SCHEDULE | 7/26/2022 | |
| AW002 | EXTERIOR SIGNAGE ABBREVIATIONS, SYMBOLS, GENERAL NOTES AND SCHEDULE | 7/26/2022 | |
| AW101 | ARCHITECTURAL INTERIOR SIGNAGE PLANS | 7/26/2022 | |

**Interiors**

**Authority: Triple C**

| | | | |
|---|---|---|---|
| IN001 | INTERIOR NOTES AND FINISH BOARDS | 7/26/2022 | |
| IN101 | INTERIOR FINISH PLAN - FIRST FLOOR OVERALL | 7/26/2022 | |
| IN102 | INTERIOR FINISH PLAN - SECOND FLOOR OVERALL | 7/26/2022 | |
| IN501 | DETAILS - INTERIOR FINISH | 7/26/2022 | |
| IN601 | INTERIOR FINISH LEGEND AND ROOM FINISH SCHEDULE | 7/26/2022 | |
| IN901 | INTERIOR 3D CONCEPT IMAGES | 7/26/2022 | |

**Furniture**

**Authority: Triple C**

| | | | |
|---|---|---|---|
| IF101 | INTERIOR FURNITURE PLAN - FIRST FLOOR - OVERALL | 7/26/2022 | |
| IF102 | INTERIOR FURNITURE PLAN - SECOND FLOOR - OVERALL | 7/26/2022 | |

**Equipment**

**Authority: Triple C**

| | | | |
|---|---|---|---|
| Q-101 | EQUIPMENT PLAN - FIRST FLOOR - OVERALL | 7/26/2022 | |
| Q-102 | EQUIPMENT PLAN - SECOND FLOOR - OVERALL | 7/26/2022 | |
| Q-601 | EQUIPMENT SCHEDULE | 7/26/2022 | |

**Fire Protection**

**Authority: Triple C**

| | | | |
|---|---|---|---|
| FX001 | FIRE PROTECTION NOTES & DETAILS | 7/26/2022 | |
| FX101 | FIRE PROTECTION PLAN - FIRST FLOOR | 7/26/2022 | |
| FX102 | FIRE PROTECTION PLAN - SECOND FLOOR | 7/26/2022 | |
| FX103 | FIRE PROTECTION PLAN - PENTHOUSE | 7/26/2022 | |
| FX201 | FIRE PROTECTION HAZARD CLASSIFICATION PLANS | 7/26/2022 | |

**Plumbing**

Authority: Triple C

| | | |
|---|---|---|
| PL001 | PLUMBING LEGEND, NOTES, & ABBREVIATIONS | 7/26/2022 |
| PL101 | PLUMBING PLANS - FIRST FLOOR | 7/26/2022 |
| PL102 | PLUMBING PLANS - SECOND FLOOR | 7/26/2022 |
| PL102.1 | PLUMBING PLAN - SECOND FLOOR STORM DRAINAGE | 7/26/2022 |
| PL103 | PLUMBING PLAN - PENTHOUSE | 7/26/2022 |
| PL104 | PLUMBING PLAN - PENTHOUSE ROOF | 7/26/2022 |
| PL501 | PLUMBING DETAILS | 7/26/2022 |
| PW301 | WASTE & VENT RISER DIAGRAMS | 7/26/2022 |
| PW302 | DOMESTIC RISER DIAGRAM | 7/26/2022 |
| PW303 | STORM RISER DIAGRAM | 7/26/2022 |

**Mechanical**

Authority: Triple C

| | | |
|---|---|---|
| MH001 | MECHANICAL NOTES, LEGEND, & ABBREVIATIONS | 7/26/2022 |
| MH002 | MECHANICAL SCHEDULES | 7/26/2022 |
| MH003 | MECHANICAL SCHEDULES | 7/26/2022 |
| MS101 | MECHANICAL SITE PLAN | 7/26/2022 |
| MH101 | MECHANICAL PLAN - FIRST FLOOR | 7/26/2022 |
| MH102 | MECHANICAL PLAN - SECOND FLOOR | 7/26/2022 |
| MH103 | MECHANICAL PLAN - PENTHOUSE | 7/26/2022 |
| MH201 | MECHANICAL AIRFLOW PLAN - FIRST FLOOR | 7/26/2022 |
| MH202 | MECHANICAL AIRFLOW PLAN - SECOND FLOOR | 7/26/2022 |
| MH401 | MECHANICAL SECTIONS | 7/26/2022 |
| MP101 | MECHANICAL PIPING PLANS | 7/26/2022 |
| MH501 | HVAC DETAILS | 7/26/2022 |
| MH502 | HVAC DETAILS | 7/26/2022 |
| MH503 | HVAC DETAILS | 7/26/2022 |
| MH504 | HVAC DETAILS | 7/26/2022 |
| MH601 | HVAC CONTROLS | 7/26/2022 |
| MH602 | HVAC CONTROLS | 7/26/2022 |
| MH603 | HVAC CONTROLS | 7/26/2022 |

**Electrical**

Authority: Triple C

| | | |
|---|---|---|
| E-001 | ELECTRICAL NOTES & LEGENDS | 7/26/2022 |
| ES101 | ELECTRICAL SITE PLAN | 7/26/2022 |
| ES102 | ELECTRICAL SITE PHOTOMETRIC PLAN | 7/26/2022 |
| EL101A | ELECTRICAL LIGHTING PLAN - FIRST FLOOR PART A | 7/26/2022 |
| EL101B | ELECTRICAL LIGHTING PLAN - FIRST FLOOR PART B | 7/26/2022 |
| EL102 | ELECTRICAL LIGHTING PLAN - SECOND FLOOR | 7/26/2022 |
| EL103 | ELECTRICAL LIGHTING PLAN - ROOF | 7/26/2022 |
| EM-101 | ELECTRICAL MECHANICAL POWER PLAN - FIRST FLOOR | 7/26/2022 |
| EM-102 | ELECTRICAL MECHANICAL POWER PLAN - SECOND FLOOR | 7/26/2022 |
| EP101A | ELECTRICAL POWER PLAN - FIRST FLOOR PART A | 7/26/2022 |
| EP101B | ELECTRICAL POWER PLAN - FIRST FLOOR PART B | 7/26/2022 |
| EP102 | ELECTRICAL POWER PLAN - SECOND FLOOR | 7/26/2022 |
| EP103 | ELECTRICAL POWER PLAN - ROOF | 7/26/2022 |
| ET101 | ELECTRICAL TELECOMMUNICATIONS PLAN - FIRST AND SECOND FLOOR | 7/26/2022 |
| EY101 | ELECTRICAL AUXILIARY SYSTEMS PLAN - FIRST AND SECOND FLOOR | 7/26/2022 |
| EF101 | ELECTRICAL FIRE ALARM PLAN - FIRST AND SECOND FLOOR | 7/26/2022 |
| EJ101 | ELECTRICAL LIGHTNING PROTECTION PLAN | 7/26/2022 |
| E-500 | ELECTRICAL DETAILS | 7/26/2022 |
| E-501 | ELECTRICAL DETAILS | 7/26/2022 |
| E-601 | ELECTRICAL SCHEDULES | 7/26/2022 |
| E-602 | ELECTRICAL SCHEDULES | 7/26/2022 |
| E-701 | ELECTRICAL ONE LINE DIAGRAM | 7/26/2022 |

**ADDENDUMS**

| | |
|---|---|
| ADDENDUM 1 | 11/20/2023 |
| ADDENDUM 2 | 11/20/2023 |

**DOCUMENTS**

Authority: MES Group

| | |
|---|---|
| 100% Comissioning Plan | 7/27/2022 |

**SPECIFICATIONS**

Authority: Triple C

| | | |
|---|---|---|
| | **DIVISION 00 — SPECIAL SECTIONS** | |
| 00 01 10 | Table of Contents | 06-2021 |

| | | |
|---|---|---|
| 00 01 15 | List of Drawing Sheets | 06-2020 |
| 00 31 33 | Subsurface Drilling and Sampling Information | |
| 01 00 00 | **DIVISION 01 — GENERAL REQUIREMENTS** | 05-2021 |
| 01 32 16.15 | Project Schedules (Small Projects - Design-Bid-Build) | 03-2020 |
| 01 33 23 | Shop Drawings, Product Data, and Samples | 06-2021 |
| 01 35 26 | Safety Requirements | 07-2020 |
| 01 42 19 | Reference Standards | 11-2020 |
| 01 45 00 | Quality Control | 05-2021 |
| 01 45 29 | Testing Laboratory Services | 11-2011 |
| 01 45 35 | Special Inspections | 06-2021 |
| 01 45 35.01 | Schedule of Special Inspections | |
| 01 57 19 | Temporary Environmental Controls | 01-2021 |
| 01 58 16 | Temporary Interior Signage | 07-2015 |
| 01 74 19 | Construction Waste Management | 01-2021 |
| 01 81 13 | Sustainable Construction Requirements | 10-2017 |
| 01 91 00 | General Commissioning Requirements | 10-2015 |
| 01 91 00.01 | Commissioning Plan | |
| 05 12 00.01 | Blast Design Report | |
| 02 21 13 | **DIVISION 02 — EXISTING CONDITIONS** | 01-2021 |
| 02 21 13.01 | Geotechnical Report | |
| 02 41 00 | Demolition | 08-2017 |
| 03 30 00 | **DIVISION 03 — CONCRETE** | 01-2021 |
| 03 45 00 | Precast Architectural Concrete | 01-2021 |
| 04 01 00 | **DIVISION 04 — MASONRY** | 01-2021 |
| 04 05 13 | Masonry Mortaring | 10-2017 |
| 04 05 16 | Masonry Grouting | 01-2021 |
| 04 20 00 | Unit Masonry | 08-2017 |
| 05 12 00 | **DIVISION 05 — METALS** | 11-2018 |
| 05 31 00 | Steel Decking | 01-2021 |
| 05 36 00 | Composite Metal Decking | 01-2021 |
| 05 40 00 | Cold-Formed Metal Framing | 01-2021 |
| 05 50 00 | Metal Fabrications | 08-2018 |
| 05 51 00 | Metal Stairs | 01-2021 |
| 06 10 00 | **DIVISION 06 — WOOD, PLASTICS, AND COMPOSITES** | 10-2017 |
| 06 16 63 | Cementitious Sheathing | 01-2021 |
| 06 20 00 | Finish Carpentry | 01-2021 |
| 07 08 00 | **DIVISION 07 — THERMAL AND MOISTURE PROTECTION** | 01-2021 |
| 07 13 52 | Modified Bituminous Sheet Waterproofing | 01-2021 |
| 07 22 00 | Roof and Deck Insulation | 01-2021 |
| 07 52 16.11 | Cold Adhesive Styrene-Butadiene-Styrene Modified Bituminous Membrane Roofing | |
| 07 60 00 | Flashing and Sheet Metal | 01-2021 |
| 07 71 00 | Roof Specialties | 01-2021 |
| 07 72 00 | Roof Accessories | 01-2021 |
| 07 84 00 | Firestopping | 01-2021 |
| 07 92 00 | Joint Sealants | 10-2017 |
| 07 95 13 | Expansion Joint Cover Assemblies | 01-2021 |
| 08 11 13 | **DIVISION 08 — OPENINGS** | 01-2021 |
| 08 14 00 | Interior Wood Doors | 01-2021 |
| 08 17 10 | Integrated Door Assemblies | 01-2021 |
| 08 31 13 | Access Doors and Frames | 01-2021 |
| 08 35 13.13 | Accordion Folding Doors | 01-2021 |
| 08 41 13 | Aluminum-Framed Entrances and Storefronts | 01-2021 |
| 08 51 13 | Aluminum Windows | 01-2021 |
| 08 56 53 | Blast Resistant Window and Door Assemblies | |
| 08 71 00 | Door Hardware | 01-2021 |
| 08 71 13 | Automatic Door Operators | 01-2021 |
| 08 80 00 | Glazing | 01-2021 |
| 08 90 00 | Louvers and Vents | 01-2021 |
| 09 22 16 | **DIVISION 09 — FINISHES** | 06-2018 |
| 09 29 00 | Gypsum Board | 04-2020 |
| 09 30 13 | Ceramic Porcelain Tiling | 01-2021 |
| 09 51 00 | Acoustical Ceilings | 12-2018 |
| 09 65 13 | Resilient Base and Accessories | 01-2021 |
| 09 65 19 | Resilient Tile Flooring | 05-2018 |
| 09 68 00 | Carpeting | 01-2021 |
| 09 72 16 | Vinyl-Coated Fabric Wall Covering | 01-2021 |
| 09 91 00 | Painting | 01-2021 |
| 10 13 00 | **DIVISION 10 — SPECIALTIES** | 01-2021 |
| 10 14 00 | Signage | 01-2021 |
| 10 21 23 | Cubicle Curtain Tracks | 01-2021 |
| 10 22 26.13 | Accordion Folding Partitions | 01-2021 |
| 10 26 00 | Wall and Door Protection | 01-2021 |
| 10 28 00 | Toilet, Bath, and Laundry Accessories | 01-2021 |
| 10 44 13 | Fire Extinguisher Cabinets | 08-2018 |
| 11 05 12 | **DIVISION 11 — EQUIPMENT** | 01-2021 |
| 12 24 00 | **DIVISION 12 — FURNISHINGS** | 08-2017 |
| 12 32 00 | Manufactured Wood Casework | 01-2021 |
| 12 36 00 | Countertops | 12-2018 |
| 13 05 41 | Seismic Restraint Requirements for Non-Structural Components | 01-2021 |

| | | |
|---|---|---|
| 14 24 00 | **DIVISION 14 — CONVEYING EQUIPMENT** | 12-2020 |
| 21 08 00 | **DIVISION 21 — FIRE SUPPRESSION** | 11-2016 |
| 21 13 13 | Wet-Pipe Sprinkler Systems | 06-2015 |
| 22 05 11 | **DIVISION 22 — PLUMBING** | 09-2020 |
| 22 05 12 | General Motor Requirements for Plumbing Equipment | 09-2020 |
| 22 05 19 | Meters and Gauges for Plumbing Piping | 09-2020 |
| 22 05 23 | General-Duty Valves for Plumbing Piping | 09-2020 |
| 22 05 33 | Heat Tracing for Plumbing Piping | 09-2020 |
| 22 07 11 | Plumbing Insulation | 09-2019 |
| 22 08 00 | Commissioning of Plumbing Systems | 11-2016 |
| 22 11 00 | Facility Water Distribution | 05-2021 |
| 22 11 23 | Domestic Water Pumps | 09-2015 |
| 22 13 00 | Facility Sanitary and Vent Piping | 09-2020 |
| 22 13 23 | Sanitary Waste Interceptors | |
| 22 14 00 | Facility Storm Drainage | 09-2015 |
| 22 14 29 | Sump Pumps | 09-2015 |
| 22 35 00 | Domestic Water Heat Exchangers | 09-2020 |
| 22 40 00 | Plumbing Fixtures | 09-2015 |
| 22 67 19.16 | Reverse-Osmosis Water Equipment | 09-2015 |
| 23 05 11 | **DIVISION 23 — HEATING VENTILATING AND AIR CONDITIONING** | 02-2020 |
| 23 05 12 | General Motor Requirements for HVAC and Steam Generation Equipment | 02-2020 |
| 23 05 41 | Noise and Vibration Control for HVAC Piping and Equipment | 02-2020 |
| 23 05 93 | Testing, Adjusting, and Balancing for HVAC | 02-2020 |
| 23 07 11 | HVAC, Plumbing, and Boiler Plant Insulation | 02-2020 |
| 23 08 00 | Commissioning of HVAC Systems | 02-2020 |
| 23 09 23 | Direct-Digital Control System for HVAC | 08-2020 |
| 23 21 13 | Hydronic Piping | 02-2020 |
| 23 21 23 | Hydronic Pumps | 02-2020 |
| 23 22 13 | Steam and Condensate Heating Piping | 02-2020 |
| 23 22 23 | Steam Condensate Pumps | 04-2020 |
| 23 23 00 | Refrigeration Piping | 02-2020 |
| 23 25 00 | HVAC Water Treatment | 02-2020 |
| 23 31 00 | HVAC Ducts and Casings | 02-2020 |
| 23 34 00 | HVAC Fans | 02-2020 |
| 23 36 00 | Air Terminal Units | 02-2020 |
| 23 37 00 | Air Outlets and Inlets | 02-2020 |
| 23 40 00 | HVAC Air Cleaning Devices | 03-2020 |
| 23 64 00 | Packaged Water Chillers | 03-2020 |
| 23 72 00 | Air-to-Air Energy Recovery Equipment | 03-2020 |
| 23 73 00 | Indoor Central-Station Air-Handling Units | 03-2020 |
| 23 81 00 | Decentralized Unitary HVAC Equipment | 03-2020 |
| 23 82 16 | Air Coils | 03-2020 |
| 25 10 10 | **DIVISION 25 — INTEGRATED AUTOMATION** | 02-2010 |
| | **DIVISION 26 — ELECTRICAL** | |
| 26 05 11 | Requirements for Electrical Installations | 01-2016 |
| 26 05 13 | Medium-Voltage Cables | 01-2017 |
| 26 05 19 | Low-Voltage Electrical Power Conductors and Cables | 01-2017 |
| 26 05 26 | Grounding and Bonding for Electrical Systems | 01-2017 |
| 26 05 33 | Raceway and Boxes for Electrical Systems | 01-2018 |
| 26 05 41 | Underground Electrical Construction | 01-2017 |
| 26 05 73 | Overcurrent Protective Device Coordination Study | 01-2018 |
| 26 08 00 | Commissioning of Electrical Systems | 11-2016 |
| 26 09 23 | Lighting Controls | 01-2018 |
| 26 12 19 | Pad-Mounted, Liquid-Filled, Medium-Voltage Transformers | 01-2018 |
| 26 22 00 | Low-Voltage Transformers | 01-2018 |
| 26 24 16 | Panelboards | 01-2018 |
| 26 25 11 | Busways | 01-2017 |
| 26 27 26 | Wiring Devices | 01-2018 |
| 26 29 11 | Motor Controllers | 01-2018 |
| 26 29 21 | Enclosed Switches and Circuit Breakers | 01-2017 |
| 26 32 13 | Engine Generators | 01-2018 |
| 26 36 23 | Automatic Transfer Switches | 01-2017 |
| 26 41 00 | Facility Lightning Protection | 01-2017 |
| 26 43 13 | Surge Protective Devices | 01-2017 |
| 26 51 00 | Interior Lighting | 01-2018 |
| 26 56 00 | Exterior Lighting | 01-2018 |
| | **DIVISION 27 — COMMUNICATIONS** | |
| 27 05 11 | Requirements for Communications Installations | 09-2019 |
| 27 05 26 | Grounding and Bonding for Communications Systems | 06-2015 |
| 27 05 33 | Raceways and Boxes for Communications Systems | 10-2018 |
| 27 08 00 | Commissioning of Communications Systems | 11-2016 |
| 27 10 00 | Control, Communication and Signal Wiring | 06-2015 |
| 27 11 00 | Communications Equipment Room Fittings | 06-2015 |
| 27 15 00 | Communications Structured Cabling | 01-2016 |
| 27 51 23 | Intercommunications and Program Systems | |
| 27 52 23 | Nurse Call and Code Blue Systems | 12-2020 |
| 27 52 41 | Miscellaneous Medical Systems | 06-2015 |
| 28 05 00 | **DIVISION 28 — ELECTRONIC SAFETY AND SECURITY** | 04-2018 |
| 28 05 13 | Conductors and Cables for Electronic Safety and Security | 10-2018 |

| | | |
|---|---|---|
| 28 05 26 | Grounding and Bonding for Electronic Safety and Security | 09-2011 |
| 28 05 28.33 | Conduits and Backboxes for Electronic Safety and Security | 09-2011 |
| 28 08 00 | Commissioning of Electronic Safety and Security Systems | 11-2016 |
| 28 13 00 | Physical Access Control System | 10-2011 |
| 28 13 53 | Security Access Detection | 09-2011 |
| 28 16 00 | Intrusion Detection System | 10-2011 |
| 28 23 00 | Video Surveillance | 09-2011 |
| 28 26 00 | Electronic Personal Protection System | 09-2011 |
| 28 31 00 | Fire Detection and Alarm | 10-2011 |
| 28 52 31 | Emergency Call System | 06-2015 |
| | **DIVISION 31 — EARTHWORK** | |
| 31 20 00 | Earth Moving | 10-2012 |
| 31 23 19 | Dewatering | 10-2012 |
| 31 23 23.33 | Flowable Fill | 08-2016 |
| | **DIVISION 32 — EXTERIOR IMPROVEMENTS** | |
| 32 05 23 | Cement and Concrete for Exterior Improvements | 09-2015 |
| 32 12 16 | Asphalt Paving | 08-2016 |
| 32 17 23 | Pavement Markings | 08-2016 |
| 32 90 00 | Planting | 11-2016 |
| 33 08 00 | Commissioning of Site Utility Systems | 08-2019 |
| 33 08 00.01 | DVA-USACE Projects Commissioning of Site Utility Systems | 03-2017 |
| 33 10 00 | Water Utilities | 06-2013 |
| 33 30 00 | Sanitary Sewer Utilities | 12-2017 |
| 33 40 00 | Storm Sewer Utilities | 10-2011 |
| 33 46 13 | Foundation Drainage | 10-2011 |
| 33 51 00 | Natural-Gas Distribution | 09-2017 |
| 33 63 00 | Steam Energy Distribution | 04-2018 |
| | **DIVISION 34 — TRANSPORTATION** | |
| 34 71 13 | Passive Vehicle Barriers | |

"General Decision Number: ME20230009 09/29/2023

Superseded General Decision Number: ME20220009

State: Maine

Construction Type: Building

County: Kennebec County in Maine.

BUILDING CONSTRUCTION PROJECTS (does not include single family homes or apartments up to and including 4 stories).
Note: Contracts subject to the Davis-Bacon Act are generally required to pay at least the applicable minimum wage rate required under Executive Order 14026 or Executive Order 13658. Please note that these Executive Orders apply to covered contracts entered into by the federal government that are subject to the Davis-Bacon Act itself, but do not apply to contracts subject only to the Davis-Bacon Related Acts, including those set forth at 29 CFR 5.1(a)(2)-(60).

| | |
|---|---|
| If the contract is entered into on or after January 30, 2022, or the contract is renewed or extended (e.g., an option is exercised) on or after January 30, 2022: | . Executive Order 14026 generally applies to the contract.<br>. The contractor must pay all covered workers at least $16.20 per hour (or the applicable wage rate listed on this wage determination, if it is higher) for all hours spent performing on the contract in 2023. |
| If the contract was awarded on or between January 1, 2015 and January 29, 2022, and the contract is not renewed or extended on or after January 30, 2022: | . Executive Order 13658 generally applies to the contract.<br>. The contractor must pay all covered workers at least $12.15 per hour (or the applicable wage rate listed on this wage determination, if it is higher) for all hours spent performing on that contract in 2023. |

The applicable Executive Order minimum wage rate will be adjusted annually. If this contract is covered by one of the Executive Orders and a classification considered necessary for performance of work on the contract does not appear on this wage determination, the contractor must still submit a conformance request.

Additional information on contractor requirements and worker protections under the Executive Orders is available at http://www.dol.gov/whd/govcontracts.

| Modification Number | Publication Date |
|---|---|
| 0 | 01/06/2023 |
| 1 | 01/27/2023 |
| 2 | 03/17/2023 |

| | |
|---|---|
| 3 | 04/07/2023 |
| 4 | 09/29/2023 |

BRMA0003-013 05/01/2020

| | Rates | Fringes |
|---|---|---|
| BRICKLAYER | $ 42.55 | 28.02 |

----------------------------------------------------------------

* IRON0007-034 09/16/2023

| | Rates | Fringes |
|---|---|---|
| IRONWORKER (ORNAMENTAL AND REINFORCING) | $ 30.83 | 24.97 |

----------------------------------------------------------------

LABO0327-003 12/01/2022

| | Rates | Fringes |
|---|---|---|
| LABORER: Common or General (Industrial Work Only) | $ 20.90 | 19.22 |

----------------------------------------------------------------

* SUME2014-018 01/31/2017

| | Rates | Fringes |
|---|---|---|
| CARPENTER, Includes Drywall Hanging, and Metal Stud Installation | $ 19.42 | 11.52 |
| CEMENT MASON/CONCRETE FINISHER | $ 16.13 ** | 3.82 |
| DRYWALL FINISHER/TAPER | $ 16.84 | 2.87 |
| ELECTRICIAN | $ 25.13 | 9.57 |
| ELEVATOR MECHANIC | $ 48.22 | 24.95 |
| IRONWORKER, STRUCTURAL | $ 18.84 | 1.81 |
| LABORER: Common or General | $ 15.49 ** | 7.07 |
| LABORER: Mason Tender - Brick | $ 18.33 | 2.01 |
| OPERATOR: Backhoe/Excavator/Trackhoe | $ 20.42 | 3.12 |
| OPERATOR: Crane | $ 23.98 | 7.46 |
| PAINTER (Brush and Roller) | $ 15.86 ** | 2.66 |
| PLUMBER, Includes HVAC Pipe Installation | $ 20.08 | 3.70 |
| SHEET METAL WORKER, Includes HVAC Duct Installation | $ 16.97 | 1.92 |
| TRUCK DRIVER: Dump Truck | $ 14.79 ** | 2.53 |

----------------------------------------------------------------

WELDERS - Receive rate prescribed for craft performing operation to which welding is incidental.

================================================================

** Workers in this classification may be entitled to a higher minimum wage under Executive Order 14026 ($16.20) or 13658 ($12.15). Please see the Note at the top of the wage determination for more information.

Note: Executive Order (EO) 13706, Establishing Paid Sick Leave for Federal Contractors applies to all contracts subject to the Davis-Bacon Act for which the contract is awarded (and any solicitation was issued) on or after January 1, 2017. If this contract is covered by the EO, the contractor must provide employees with 1 hour of paid sick leave for every 30 hours they work, up to 56 hours of paid sick leave each year. Employees must be permitted to use paid sick leave for their own illness, injury or other health-related needs, including preventive care; to assist a family member (or person who is like family to the employee) who is ill, injured, or has other health-related needs, including preventive care; or for reasons resulting from, or to assist a family member (or person who is like family to the employee) who is a victim of, domestic violence, sexual assault, or stalking. Additional information on contractor requirements and worker protections under the EO is available at https://www.dol.gov/agencies/whd/government-contracts.

Unlisted classifications needed for work not included within the scope of the classifications listed may be added after award only as provided in the labor standards contract clauses (29CFR 5.5 (a) (1) (ii)).

----------------------------------------------------------------

The body of each wage determination lists the classification and wage rates that have been found to be prevailing for the cited type(s) of construction in the area covered by the wage determination. The classifications are listed in alphabetical order of ""identifiers"" that indicate whether the particular rate is a union rate (current union negotiated rate for local), a survey rate (weighted average rate) or a union average rate (weighted union average rate).

Union Rate Identifiers

A four letter classification abbreviation identifier enclosed in dotted lines beginning with characters other than ""SU"" or ""UAVG"" denotes that the union classification and rate were prevailing for that classification in the survey. Example: PLUM0198-005 07/01/2014. PLUM is an abbreviation identifier of the union which prevailed in the survey for this classification, which in this example would be Plumbers. 0198 indicates the local union number or district council number where applicable, i.e., Plumbers Local 0198. The next number, 005 in the example, is an internal number used in processing the wage determination. 07/01/2014 is the effective date of the most current negotiated rate, which in this example is July 1, 2014.

Union prevailing wage rates are updated to reflect all rate changes in the collective bargaining agreement (CBA) governing this classification and rate.

Survey Rate Identifiers

Classifications listed under the ""SU"" identifier indicate that no one rate prevailed for this classification in the survey and the published rate is derived by computing a weighted average rate based on all the rates reported in the survey for that classification. As this weighted average rate includes all rates reported in the survey, it may include both union and non-union rates. Example: SULA2012-007 5/13/2014. SU indicates the rates are survey rates based on a weighted average calculation of rates and are not majority rates. LA indicates the State of Louisiana. 2012 is the year of survey on which these classifications and rates are based. The next number, 007 in the example, is an internal number used in producing the wage determination. 5/13/2014 indicates the survey completion date for the classifications and rates under that identifier.

Survey wage rates are not updated and remain in effect until a new survey is conducted.

Union Average Rate Identifiers

Classification(s) listed under the UAVG identifier indicate that no single majority rate prevailed for those classifications; however, 100% of the data reported for the classifications was union data. EXAMPLE: UAVG-OH-0010 08/29/2014. UAVG indicates that the rate is a weighted union average rate. OH indicates the state. The next number, 0010 in the example, is an internal number used in producing the wage determination. 08/29/2014 indicates the survey completion date for the classifications and rates under that identifier.

A UAVG rate will be updated once a year, usually in January of each year, to reflect a weighted average of the current negotiated/CBA rate of the union locals from which the rate is based.

----------------------------------------------------------------

WAGE DETERMINATION APPEALS PROCESS

1.) Has there been an initial decision in the matter? This can be:

* an existing published wage determination
* a survey underlying a wage determination
* a Wage and Hour Division letter setting forth a position on a wage determination matter
* a conformance (additional classification and rate) ruling

On survey related matters, initial contact, including requests for summaries of surveys, should be with the Wage and Hour National Office because National Office has responsibility for the Davis-Bacon survey program. If the response from this initial contact is not satisfactory, then the process described in 2.) and 3.) should be followed.

With regard to any other matter not yet ripe for the formal process described here, initial contact should be with the Branch of Construction Wage Determinations. Write to:

Branch of Construction Wage Determinations
Wage and Hour Division
U.S. Department of Labor
200 Constitution Avenue, N.W.

Washington, DC 20210

2.) If the answer to the question in 1.) is yes, then an interested party (those affected by the action) can request review and reconsideration from the Wage and Hour Administrator (See 29 CFR Part 1.8 and 29 CFR Part 7). Write to:

Wage and Hour Administrator
U.S. Department of Labor
200 Constitution Avenue, N.W.
Washington, DC 20210

The request should be accompanied by a full statement of the interested party's position and by any information (wage payment data, project description, area practice material, etc.) that the requestor considers relevant to the issue.

3.) If the decision of the Administrator is not favorable, an interested party may appeal directly to the Administrative Review Board (formerly the Wage Appeals Board). Write to:

Administrative Review Board
U.S. Department of Labor
200 Constitution Avenue, N.W.
Washington, DC 20210

4.) All decisions by the Administrative Review Board are final.

================================================================

END OF GENERAL DECISIO"

# Togus Residential Rehab
## Preliminary Schedule
### 3-25-2024

| ID | Task Name | Duration | Start | Finish | Predecessors | Resource Names |
|---|---|---|---|---|---|---|
| 1 | Pre-Construction - Buyout, Submittals & Shops | 23 days | Wed 3/20/24 | Fri 4/19/24 | | Ducas |
| 2 | Mobilization | 5 days | Mon 4/22/24 | Fri 4/26/24 | 1 | Ducas |
| 3 | **Earthwork Activities** | 320 days | Mon 4/29/24 | Fri 7/18/25 | | |
| 4 | **Site Development** | 285 days | Mon 4/29/24 | Fri 5/30/25 | | |
| 5 | Dig Safe & Layout | 3 days | Mon 4/29/24 | Wed 5/1/24 | 2 | St. Laurent |
| 6 | Site Demolition | 7 days | Thu 5/2/24 | Fri 5/10/24 | 5 | St. Laurent |
| 7 | Strip and grub to subgrade | 7 days | Mon 5/13/24 | Tue 5/21/24 | 6 | St. Laurent |
| 8 | Utility Layout | 2 days | Wed 5/22/24 | Thu 5/23/24 | 7 | St. Laurent |
| 9 | Installation of pre-cast structures for storm & Sanitary | 15 days | Fri 5/24/24 | Thu 6/13/24 | 8 | St. Laurent |
| 10 | Installation of utility piping | 20 days | Mon 9/30/24 | Fri 10/25/24 | 29 | St. Laurent |
| 11 | Trenching for UG electrical and site electrical | 15 days | Mon 10/28/24 | Fri 11/15/24 | 10 | St. Laurent |
| 12 | Finish grade prep | 10 days | Mon 2/24/25 | Fri 3/7/25 | 71 | St. Laurent |
| 13 | Roadway Work Prep | 30 days | Mon 3/10/25 | Fri 4/18/25 | 12 | St. Laurent |
| 14 | Curbing and AP | 30 days | Mon 4/21/25 | Fri 5/30/25 | 13 | St. Laurent |
| 15 | **Site Concrete** | 95 days | Mon 3/10/25 | Fri 7/18/25 | | |
| 16 | Front Ramp Construction | 45 days | Mon 3/10/25 | Fri 5/9/25 | 12 | Tristone |
| 17 | Site Walkways, Steps and Esplenade | 25 days | Mon 5/12/25 | Fri 6/13/25 | 16 | Tristone |
| 18 | Sidewalks | 25 days | Mon 6/16/25 | Fri 7/18/25 | 17 | Tristone |
| 19 | **Connecting Corridor** | 36 days | Wed 5/22/24 | Wed 7/10/24 | | |
| 20 | Excavation of trenches for walkway foundation | 5 days | Wed 5/22/24 | Tue 5/28/24 | 7 | St. Laurent |
| 21 | Exterior backfill for walkway foundation | 4 days | Thu 6/27/24 | Tue 7/2/24 | 60 | St. Laurent |
| 22 | Interior structural fill at walkway foundation | 4 days | Wed 7/3/24 | Mon 7/8/24 | 21 | St. Laurent |
| 23 | Import and place stone below slab at walkway slab | 2 days | Tue 7/9/24 | Wed 7/10/24 | 22 | St. Laurent |
| 24 | **New Building Earthwork** | 88 days | Wed 5/29/24 | Fri 9/27/24 | | |
| 25 | Building Mass Excavation | 8 days | Wed 5/29/24 | Fri 6/7/24 | 20 | St. Laurent |
| 26 | Foundation Backfill | 6 days | Mon 8/19/24 | Mon 8/26/24 | 61 | St. Laurent |
| 27 | Structural Slab Import and Placement | 5 days | Wed 8/28/24 | Tue 9/3/24 | 39 | St. Laurent |
| 28 | Underslab Trenching | 5 days | Wed 9/4/24 | Tue 9/10/24 | 27 | St. Laurent |
| 29 | Slab Prep Final | 5 days | Mon 9/23/24 | Fri 9/27/24 | 76 | St. Laurent |
| 30 | **Building Superstructure** | 165 days? | Wed 5/29/24 | Tue 1/14/25 | | |
| 31 | Foundations | 165 days? | Wed 5/29/24 | Tue 1/14/25 | | |
| 32 | Connecting Corridor | 35 days | Wed 5/29/24 | Tue 7/16/24 | | |




| Project: Draft Schedule 3-11-24<br>Date: Mon 3/25/24 | Task | Milestone | Project Summary | Inactive Milestone | Manual Task | Manual Summary Rollup | Start-only | External Tasks | Deadline | Manual Progress |
|---|---|---|---|---|---|---|---|---|---|---|
| | Split | Summary | Inactive Task | Inactive Summary | Duration-only | Manual Summary | Finish-only | External Milestone | Progress | |

# Togus Residential Rehab
## Preliminary Schedule
## 3-25-2024

| ID | Task Name | Duration | Start | Finish | Predecessors | Resource Names |
|---|---|---|---|---|---|---|
| 33 | Spread Footings | 10 days | Wed 5/29/24 | Tue 6/11/24 | 20 | Tristone |
| 34 | Frost Walls | 10 days | Wed 6/12/24 | Tue 6/25/24 | 33 | Tristone |
| 35 | Slab | 4 days | Thu 7/11/24 | Tue 7/16/24 | 23 | S&S |
| 36 | **New Building** | **106 days** | **Wed 6/26/24** | **Wed 11/20/24** | | |
| 37 | Form, Tie and Place Continuous Spread Footing & Perimeter Isolated Footings | 10 days | Wed 6/26/24 | Tue 7/9/24 | 34 | Tristone |
| 38 | Form, Tie and Place Foundation Walls | 25 days | Wed 7/10/24 | Tue 8/13/24 | 37 | Tristone |
| 39 | Form tie and place interior matt slabs | 10 days | Wed 8/14/24 | Tue 8/27/24 | 38 | Tristone |
| 40 | Prep for slab on grade | 3 days | Mon 9/30/24 | Wed 10/2/24 | 29 | S&S |
| 41 | Prep & Place slab on grade | 1 day | Thu 10/3/24 | Thu 10/3/24 | 40 | S&S |
| 42 | Prep & Place L2 slab on deck | 2 days | Tue 11/19/24 | Wed 11/20/24 | 45 | S&S |
| 43 | **Steel Erection** | **44 days** | **Fri 10/4/24** | **Wed 12/4/24** | | |
| 44 | Erect Building Structure | 25 days | Fri 10/4/24 | Thu 11/7/24 | 41 | Mcbrady/A.A. |
| 45 | Detail Buiding | 10 days | Tue 11/5/24 | Mon 11/18/24 | 44FS-3 days | Mcbrady/A.A. |
| 46 | Install Metal Pan Stairs | 10 days | Thu 11/21/24 | Wed 12/4/24 | 42 | Mcbrady/A.A. |
| 47 | Erect Connecting Corridor | 6 days | Tue 11/19/24 | Tue 11/26/24 | 45 | Mcbrady/A.A. |
| 48 | Detail Connecting Corridor | 4 days | Wed 11/27/24 | Mon 12/2/24 | 47 | Mcbrady/A.A. |
| 49 | **Light Gage Metal Framing** | **45 days?** | **Wed 11/13/24** | **Tue 1/14/25** | | |
| 50 | 1st floor Exterior Wall Framing | 10 days | Wed 11/13/24 | Tue 11/26/24 | 45FS-4 days | EJ Drywall |
| 51 | 2nd Floor Exterior Wall Framing | 10 days | Fri 11/22/24 | Thu 12/5/24 | 50FS-3 days | EJ Drywall |
| 52 | Roof line Framing | 6 days | Fri 12/6/24 | Fri 12/13/24 | 51 | EJ Drywall |
| 53 | Exterior Glass Matt Sheathing | 16 days | Thu 11/21/24 | Thu 12/12/24 | 50FS-4 days | EJ Drywall |
| 54 | 1st floor interior wall framing | 10 days | Mon 12/16/24 | Fri 12/27/24 | 52 | EJ Drywall |
| 55 | 2nd floor interior wall framing | 10 days | Mon 12/30/24 | Fri 1/10/25 | 54 | EJ Drywall |
| 56 | Connecting Corridor Framing | 1 day? | Mon 1/13/25 | Mon 1/13/25 | 55 | EJ Drywall |
| 57 | Connecting Corridor Sheathing | 1 day? | Tue 1/14/25 | Tue 1/14/25 | 56 | EJ Drywall |
| 58 | **Envelope** | **193 days** | **Wed 6/26/24** | **Fri 3/21/25** | | |
| 59 | **Waterproofing** | **150 days** | **Wed 6/26/24** | **Tue 1/21/25** | | |
| 60 | Foundation Dampproofing - Connector | 1 day | Wed 6/26/24 | Wed 6/26/24 | 34 | Standard |
| 61 | Foundation Dampproofing - Building | 3 days | Wed 8/14/24 | Fri 8/16/24 | 38 | Standard |
| 62 | Installation of Air Vapor Barrier - Building | 15 days | Mon 12/23/24 | Fri 1/10/25 | 68FS-4 days | Standard |
| 63 | Installation of Air Vapor Barrier - Connecting Corridor | 5 days | Wed 1/15/25 | Tue 1/21/25 | 57 | Standard |




Project: Draft Schedule 3-11-24
Date: Mon 3/25/24

Task | Split | Milestone | Summary | Project Summary | Inactive Task | Inactive Milestone | Inactive Summary | Manual Task | Duration-only | Manual Summary Rollup | Manual Summary | Start-only | Finish-only | External Tasks | External Milestone | Deadline | Progress | Manual Progress

# Togus Residential Rehab
## Preliminary Schedule
### 3-25-2024

| ID | Task Name | Duration | Start | Finish | Predecessors | Resource Names |
|---|---|---|---|---|---|---|
| 64 | **Roofing** | **30 days** | **Tue 11/19/24** | **Mon 12/30/24** | | |
| 65 | Cold Asphalt Built Up Roof | 15 days | Tue 11/19/24 | Mon 12/9/24 | 45 | Glidden |
| 66 | AP Shingle Built Up Roofing at Connecting Corridor | 20 days | Tue 12/3/24 | Mon 12/30/24 | 48 | Glidden |
| 67 | **Windows, Exterior Doors & Storefront** | **61 days** | **Fri 12/6/24** | **Fri 2/28/25** | | |
| 68 | Installation of exterior windows and Doors | 15 days | Fri 12/6/24 | Thu 12/26/24 | 53FS-5 days | Ducas |
| 69 | Installation of Storefront Doors | 10 days | Mon 2/17/25 | Fri 2/28/25 | 72 | J&R Glass |
| 70 | **Siding** | **55 days** | **Mon 1/6/25** | **Fri 3/21/25** | | |
| 71 | Masonry Veneer | 35 days | Mon 1/6/25 | Fri 2/21/25 | 62FS-5 days | Giroux |
| 72 | Horizontal Metal Panel Siding | 25 days | Mon 1/13/25 | Fri 2/14/25 | 62 | |
| 73 | Connecting Corridor Masonry | 20 days | Mon 2/24/25 | Fri 3/21/25 | 71,63 | Giroux |
| 74 | **Interior Construction** | **211 days** | **Wed 9/11/24** | **Wed 7/2/25** | | |
| 75 | **MEPF Rough In** | **159 days** | **Wed 9/11/24** | **Mon 4/21/25** | | |
| 76 | Underslab Sanitary and Domestic Water | 8 days | Wed 9/11/24 | Fri 9/20/24 | 28 | Titan |
| 77 | Delivery & Placement of Roof Top Mechanical Equipment | 20 days | Tue 12/10/24 | Mon 1/6/25 | 65 | Titan |
| 78 | 1st Floor Plumbing Rough In & Vertical Risers | 15 days | Mon 12/30/24 | Fri 1/17/25 | 54 | Titan |
| 79 | 1st Floor Mechanical Rough In | 10 days | Mon 12/30/24 | Fri 1/10/25 | 54 | Titan |
| 80 | 1st Floor Sprinkler Rough In | 7 days | Mon 12/30/24 | Tue 1/7/25 | 54 | Maine Fire |
| 81 | 1st Floor Electrical Rough In | 15 days | Mon 12/30/24 | Fri 1/17/25 | 54 | J&J |
| 82 | 1st Floor Rough Inspection | 2 days | Mon 1/20/25 | Tue 1/21/25 | 81 | Togus |
| 83 | 2nd Floor Plumbing Rough In | 10 days | Mon 1/20/25 | Fri 1/31/25 | 78 | Titan |
| 84 | 2nd Floor Mechanical Rough In | 10 days | Mon 1/13/25 | Fri 1/24/25 | 79 | Titan |
| 85 | 2nd Floor Sprinkler Rough In | 7 days | Wed 1/8/25 | Thu 1/16/25 | 80 | Maine Fire |
| 86 | 2nd Floor Electrical Rough In | 15 days | Mon 1/20/25 | Fri 2/7/25 | 81 | J&J |
| 87 | 2nd Floor Rough Inspection | 2 days | Mon 2/10/25 | Tue 2/11/25 | 86 | Togus |
| 88 | 1st Floor Overhead Rough In | 10 days | Thu 3/20/25 | Wed 4/2/25 | 99 | J&J |
| 89 | 2nd Floor Overhead Rough In | 10 days | Tue 4/8/25 | Mon 4/21/25 | 100 | J&J |
| 90 | **Insulation** | **18 days** | **Wed 1/22/25** | **Fri 2/14/25** | | |
| 91 | 1st Floor in Wall & Ceiling Insulation | 5 days | Wed 1/22/25 | Tue 1/28/25 | 82 | Quality |
| 92 | 2nd Floor in Wall and Ceiling Insulaiton | 5 days | Mon 2/10/25 | Fri 2/14/25 | 86 | Quality |
| 93 | **Finishes** | **111 days** | **Wed 1/29/25** | **Wed 7/2/25** | | |
| 94 | 1st Floor Drywall - Hang, Tape & Finish | 20 days | Wed 1/29/25 | Tue 2/25/25 | 91 | EJ Drywall |
| 95 | 2nd Floor Drywall - Hang, Tape & Finish | 20 days | Mon 2/17/25 | Fri 3/14/25 | 92 | EJ Drywall |




Project: Draft Schedule 3-11-24
Date: Mon 3/25/24

Task | Split | Milestone | Summary | Project Summary | Inactive Task | Inactive Milestone | Inactive Summary | Manual Task | Duration-only | Manual Summary Rollup | Manual Summary | Start-only | Finish-only | External Tasks | External Milestone | Deadline | Progress | Manual Progress

# Togus Residential Rehab
## Preliminary Schedule
### 3-25-2024

| ID | Task Name | Duration | Start | Finish | Predecessors | Resource Names |
|---|---|---|---|---|---|---|
| 96 | Connecting Corridor - Hang , Tape & Finish | 20 days | Mon 3/17/25 | Fri 4/11/25 | 95 | EJ Drywall |
| 97 | 1st Floor Prime & Paint 1st Coat | 10 days | Wed 2/26/25 | Tue 3/11/25 | 94 | Maine Paint |
| 98 | 2nd Floor Prime & Paint 1st Coat | 10 days | Mon 3/17/25 | Fri 3/28/25 | 95 | Maine Fire |
| 99 | 1st Floor ACT Grid | 6 days | Wed 3/12/25 | Wed 3/19/25 | 97 | Landry |
| 100 | 2nd Floor ACT Grid | 6 days | Mon 3/31/25 | Mon 4/7/25 | 98 | Landry |
| 101 | 1st Floor Flood ACT Tile | 5 days | Thu 4/3/25 | Wed 4/9/25 | 88 | Landry |
| 102 | 2nd Floor Flood ACT Tile | 5 days | Tue 4/22/25 | Mon 4/28/25 | 89 | Landry |
| 103 | 1st Floor Decorative ACT Systems | 10 days | Tue 4/29/25 | Mon 5/12/25 | 102 | Landry |
| 104 | 1st Floor Doors & Frames | 6 days | Wed 3/12/25 | Wed 3/19/25 | 97 | Kamco/Gaudett |
| 105 | 2nd Floor Doors and Frames | 6 days | Mon 3/31/25 | Mon 4/7/25 | 98 | Kamco/Gaudett |
| 106 | 1st Floor Millwork | 10 days | Wed 3/12/25 | Tue 3/25/25 | 97 | Chilton |
| 107 | 2nd Floor Millwork | 10 days | Mon 3/31/25 | Fri 4/11/25 | 98 | Chilton |
| 108 | 1st Floor Flooring | 25 days | Thu 4/10/25 | Wed 5/14/25 | 101 | Maine Contract |
| 109 | 2nd Floor Flooring | 25 days | Tue 4/29/25 | Mon 6/2/25 | 102 | Maine Contract |
| 110 | Installation of Plumbing Trim | 30 days | Thu 5/15/25 | Wed 6/25/25 | 108 | Titan |
| 111 | Installation of HVAC Trim | 30 days | Thu 5/15/25 | Wed 6/25/25 | 108 | Titan |
| 112 | Installation of Sprinkler Trim | 15 days | Thu 5/15/25 | Wed 6/4/25 | 108 | Maine Fire |
| 113 | Installation of Electrical Trim | 35 days | Thu 5/15/25 | Wed 7/2/25 | 108 | J&J |
| 114 | 1st Floor Finish Paint | 7 days | Thu 5/15/25 | Fri 5/23/25 | 108 | Maine Paint |
| 115 | 2nd Floor Finish Paint | 7 days | Tue 6/3/25 | Wed 6/11/25 | 109 | Maine Paint |
| 116 | New Elevator Construction | 60 days | Mon 3/17/25 | Fri 6/6/25 | | |
| 117 | Installation of Hoistway Rails and Gear | 15 days | Mon 3/17/25 | Fri 4/4/25 | 95 | Otis |
| 118 | Assembly of Cab Frame & Interior | 20 days | Mon 4/7/25 | Fri 5/2/25 | 117 | Otis |
| 119 | Programming | 15 days | Mon 5/5/25 | Fri 5/23/25 | 118 | Otis |
| 120 | Testing, Inspections & Turnover | 10 days | Mon 5/26/25 | Fri 6/6/25 | 114 | Otis |
| 121 | Punch List | 1 day? | Mon 3/11/24 | Mon 3/11/24 | | |
| 122 | 1st Floor Punch List | 20 days | Mon 5/26/25 | Fri 6/20/25 | 114 | All Trades |
| 123 | 2nd Floor Punch List | 20 days | Thu 6/12/25 | Wed 7/9/25 | 115 | All Trades |
| 124 | Exterior Punch List | 20 days | Mon 2/24/25 | Fri 3/21/25 | 71 | All Trades |
| 125 | Site Development Punch List | 20 days | Mon 7/21/25 | Fri 8/15/25 | 18 | All Trades |




| | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Project: Draft Schedule 3-11-24 | Task | | Milestone | | Project Summary | | Inactive Milestone | | Manual Task | | Manual Summary Rollup | | Start-only | | External Tasks | | Deadline | | Manual Progress | | |
| Date: Mon 3/25/24 | Split | | Summary | | Inactive Task | | Inactive Summary | | Duration-only | | Manual Summary | | Finish-only | | External Milestone | | Progress | | | | |

# Statement And Acknowledgment

OMB Control Number: 9000-0066
Expiration Date: 5/31/2025

## Part I - Statement Of Prime Contractor

| 1. Prime Contract Number | 2. Date Subcontract Awarded | 3. Subcontract Number |
|---|---|---|

| 4. Prime Contractor | | | 5. Subcontractor | | |
|---|---|---|---|---|---|
| a. Name | | | a. Name | | |
| b. Street Address | | | b. Street Address | | |
| c. City | d. State | e. ZIP Code | c. City | d. State | e. ZIP Code |

6. The prime contract ☐ does, ☐ does not contain the clause entitled "Contract Work Hours and Safety Standards Act -- Overtime Compensation."

7. The prime contractor states that under the contract shown in Item 1, a subcontract was awarded on the date shown in Item 2 to the subcontractor identified in Item 5 by the following firm:

a. Name Of Awarding Firm

b. Description Of Work By Subcontractor

| 8. Project | 9. Location |
|---|---|

| 10a. Name Of Person Signing | 11. By (Signature) | 12. Date Signed |
|---|---|---|
| 10b. Title Of Person Signing | | |

## Part II - Acknowledgment Of Subcontractor

13. The subcontractor acknowledges that the following clauses of the contract shown in Item 1 are included in this subcontract:

Contract Work Hours and Safety Standards Act - Overtime Compensation (If included in prime contract see Block 6)
Payrolls and Basic Records
Withholding of Funds
Disputes Concerning Labor Standards
Compliance with Construction Wage Rate Requirements and Related Regulations
Construction Wage Rate Requirements
Apprentices and Trainees
Compliance with Copeland Act Requirements
Subcontracts (Labor Standards)
Contract Termination - Debarment
Certification of Eligibility

14. Name(s) Of Any Intermediate Subcontractors, If Any

| | | | |
|---|---|---|---|
| A | | C | |
| B | | D | |

| | | |
|---|---|---|
| 15a. Name Of Person Signing | 16. By (Signature) | 17. Date Signed |
| 15b. Title Of Person Signing | | |

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0066. We estimate that it will take .05 hours to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: U.S. General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

Exhibit F

GUARSYS-01 MLABRECQUE

ACORD®

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY)

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| | | |
|---|---|---|
| PRODUCER | CONTACT NAME: | |
| | PHONE (A/C, No, Ext): | FAX (A/C, No): |
| | E-MAIL ADDRESS: | |
| | INSURER(S) AFFORDING COVERAGE | NAIC # |
| | INSURER A : | |
| INSURED | INSURER B : | |
| | INSURER C : | |
| | INSURER D : | |
| | INSURER E : | |
| | INSURER F : | |

COVERAGES CERTIFICATE NUMBER: REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | COMMERCIAL GENERAL LIABILITY | | | | | | EACH OCCURRENCE | $ 1,000,000 |
| | CLAIMS-MADE / OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | | | | | | MED EXP (Any one person) | $ |
| | | X | | | | | PERSONAL & ADV INJURY | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | POLICY / PRO-JECT / LOC | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | OTHER: | | | | | | Deductible | $ |
| B | AUTOMOBILE LIABILITY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | OWNED AUTOS ONLY / SCHEDULED AUTOS | X | | | | | BODILY INJURY (Per accident) | $ |
| | HIRED AUTOS ONLY / NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | Annual Aggregate Limit | $ 2,000,000 |
| | UMBRELLA LIAB / OCCUR | | | | | | EACH OCCURRENCE | $ |
| | EXCESS LIAB / CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | DED / RETENTION $ | | | | | | | $ |
| C | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y / N | | | | | | X PER STATUTE / OTH-ER | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | N / A | | | | | E.L. EACH ACCIDENT | $ |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| | | | | | | | | |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

Substance Abuse Residential Rehab. Contract # 36C77624C0036

Ducas construction and the Department of Veterans Affairs employees, agents, and consultants are listed as additionally insured.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Ducas Construction, Inc.<br>40 Center Street, Suite #1<br>Scarborough, ME 04074 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>AUTHORIZED REPRESENTATIVE |



© 1988-2015 ACORD CORPORATION. All rights reserved.

The ACORD name and logo are registered marks of ACORD

# WAIVER OF LIEN
(CONDITIONAL)

**TO WHOM IT MAY CONCERN:**

PROJECT NAME:

PROJECT ADDRESS:

OWNER:

GENERAL CONTRACTOR: Ducas Construction Inc.

SUBCONTRACTOR/SUPPLIER:

The undersigned, in consideration of the sum of $ __________, upon receipt of which, does hereby WAIVE and RELEASE any and all lien, right of lien or claim of whatsoever kind or character on said described building(s) and premises, on account of all labor, services and/or material or both, furnished for or incorporated into said building(s) and premises by the undersigned up to and including ____________.

Further the undersigned hereby COVENANTS and REPRESENTS that all of the subcontractors, suppliers, and mechanics, and laborers engaged by the undersigned shall be paid in full for all work done and/or materials furnished to the property through the date shown herein. The undersigned hereby AGREES to INDEMNIFY, DEFEND, and HOLD HARMLESS the owner, lender and all from any and all claims by any party whatsoever based on work done and/or materials furnished in connection with the construction by the undersigned and his subcontractors or suppliers through the date shown herein.

DATED: __________________, 20__

______________________________
(By :)

ITS: ______________________________

Sworn and subscribed before me this _______ day of _______________, 20__.

______________________________________ (seal)
Notary Public

**WAIVER OF LIEN**
(UNCONDITIONAL)

**TO WHOM IT MAY CONCERN:**

PROJECT NAME: Milliken Heights

PROJECT ADDRESS: 38 Portland Ave. Old Orchard Beach, Maine

OWNER: The Szanton Company

GENERAL CONTRACTOR: Ducas Construction Inc.

SUBCONTRACTOR/SUPPLIER: LMC Light Iron

LENDER:

The undersigned, in consideration of the sum of $ 0.00___ receipt of which is hereby acknowledged, does hereby WAIVE and RELEASE any and all lien, right of lien or claim for payment of whatsoever kind or character on said described building(s) and premises, on account of all labor, services and/or material or both, furnished for or incorporated into said building(s) and premises by the undersigned up to and including 4/18/2023___ ~~with~~/no retainage withheld.

Further, the undersigned hereby COVENANTS and REPRESENTS that all of the subcontractors, suppliers, mechanics, and laborers engaged by the undersigned have been paid in full, for all work done and/or all materials furnished to said property through the date shown herein. The undersigned hereby AGREES to INDEMNIFY, DEFEND and HOLD HARMLESS the owner, lender and all from any and all claims for payment made by any subcontractor or supplier engaged or employed by this Subcontractor based on work done and/or material furnished in connection with the construction by the undersigned and/or his subcontractors or suppliers through the date shown herein.

DATED:____________________, 20

BY: __________________________
Signature

ITS: __________________________
Title

Sworn and subscribed before me ______day

this Of __________________ , 20

__________________________ (Seal)
Notary Public

**CERTIFICATE OF FINAL PAYMENT (upon final payment):**
The undersigned certifies that all work to be performed by the undersigned on the above premises has been completed, and that there is no more work or materials to be supplied to the location under terms of agreement for work. The payment received herewith constitutes payment in full for all work done and materials supplied to the described premises, and this lien waiver covers all work and materials contracted for by the undersigned.

______________________________
SUB-CONTRACTOR or SUPPLIER

BY: ______________________________

## APPLICATION AND CERTIFICATION FOR PAYMENT

*AIA DOCUMENT G702*

Owner: Department of Veterans Affairs
**Program Contract Activity Central**
**6100 Oak Tree Blvd**
**Independence, OH 44131**
FROM CONTRACTOR:

PROJECT: **Substance Abuse Rehab**
**Bldg 258**
**Togus**
Augusta, ME
VIA ARCHITECT: Tripple C A/E
**Laraie, WY**
**82,070**

APPLICATION NO: ______
APPLICATION DATE: ______
PERIOD TO: ______
Contract NOS: **36C77624C0036**

Distribution to:
- [ ] OWNER
- [ ] ARCHITECT
- [ ] CONTRACTOR
- [ ]
- [ ]

CONTRACT F *Trade/Scope*

CONTRACT DATE: 4-26-2024

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM $ 0.00
2. Net change by Change Orders $ 0.00
3. CONTRACT SUM TO DATE (Line 1 ± 2) $ 0.00
4. TOTAL COMPLETED & STORED TO DATE (Column I on G703) $ 0.00
5. RETAINAGE:
   a. 10.0% of Completed Work (Column I on G703) $ $0.00
   b. 0.0 % of Stored Material (Column H on G703) $ ______
   Total Retainage (Lines 5a + 5b or Total in Column L of G703) $ 0.00
6. TOTAL EARNED LESS RETAINAGE (Line 4 Less Line 5 Total) $ 0.00
7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) $ 0.00
8. CURRENT PAYMENT DUE $ 0.00
9. BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) $ 0.00

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | $0.00 | $0.00 |
| Total approved this Month | $0.00<br>$0.00 | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES by Change Order | $0.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:

By: ______________________ Date: ______________

State of: County of:
Subscribed and sworn to before me this ______day of ______________, 2014
Notary Public:
My Commission expires:

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED . . . . . . . . . . $ ______

*Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and on the Continuation Sheet that are changed to confrom with the amount certified.)*

ARCHITECT:

By: ______________________ Date: ______________

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

AIA DOCUMENT G702 · APPLICATION AND CERTIFICATION FOR PAYMENT · !992 EDITION · AIA · ©1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON, DC 20006-5292

## CONTINUATION SHEET

*AIA DOCUMENT G703*

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing Developer's signed certification is attached.

Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO: 0
APPLICATION DATE: 01/00/00
PERIOD TO: 01/00/00
ARCHITECT'S PROJECT NO: 36C77624C0036

| A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | REVISIONS | REVISED BUDGET | WORK COMPLETED FROM PREVIOUS APPLICATION | WORK COMPLETED THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN F OR G) | TOTAL COMPLETED AND STORED TO DATE (F+G+H) | % (I ÷ E) | BALANCE TO FINISH (E - I) | RETAINAGE |
| 1 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | #DIV/0! | $0.00 | 0.00 |
| 2 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | #DIV/0! | $0.00 | 0.00 |
| 3 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | #DIV/0! | $0.00 | 0.00 |
| 4 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | #DIV/0! | $0.00 | 0.00 |
| 5 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | #DIV/0! | $0.00 | 0.00 |
| 6 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | #DIV/0! | $0.00 | 0.00 |
| 7 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | #DIV/0! | $0.00 | 0.00 |
| 8 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | #DIV/0! | $0.00 | 0.00 |
| 9 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | #DIV/0! | $0.00 | 0.00 |
| 10 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | #DIV/0! | $0.00 | 0.00 |
| 11 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | #DIV/0! | $0.00 | 0.00 |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | #DIV/0! | $0.00 | $0.00 |

**SUBSTANCE USE REHABILITATION BUILDING**
Contract Number: 36C77624C0036
Project Number: 402Z40073

## CONTACT LIST

**Subcontractor/ Vendor Name:** ____________________

**Project Manager/Estimator:**
**Name:** ____________________
**Phone Number** ____________________
**E-mail:** ____________________

**Site Contact:**
**Name:** ____________________
**Phone Number** ____________________
**E-mail:** ____________________

**Accounts Receivable**
**Name:** ____________________
**Phone Number** ____________________
**E-mail:** ____________________

**Certified Payroll Contact**
**Name:** ____________________
**Phone Number** ____________________
**E-mail:** ____________________

**Pay Frequency (i.e weekly, bi-weekly)** ____________________